**RECEIVED**

JUL 19 2019

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## UNITED STATES DISTRICT COURT

### DISTRICT OF MINNESOTA

19-CV- 1913 DSD|TNL

GAMADA A. HUSSEIN,

    Plaintiff,

v.

MINNESOTA  and JOHN DOES

    Defendants.

CIVIL RIGHTS

COMPLAINT

## COMPLAINT

Plaintiff sues defendants for violation of his constitutional, civil and legal rights, invasion of privacy, including illegal search and seizures, attempts of assassination, tortures, persecutions, intimidation, oppressions, drugs and software assaults, poisoning, interference with contracts leading to the loss of jobs and employment opportunities, disclosure of protected information, harassment, discrimination,

1

SCANNED
JUL 23 2019
kos
U.S. DISTRICT COURT ST. PAUL

unlawful surveillance, and intentional infliction of emotional distress. As grounds therefore, Plaintiff states and alleges as follows:

## I. PRELIMINARY STATEMENT

1. This is a Civil Rights complaint under the United States and Minnesota Laws. Plaintiff brings this action for declaratory, injunctive, and monetary relief against Defendants, State of Minnesota via Minnesota Attorney General Office, in response to the discriminatory harassment, mental and psychological torture, drug and software assaults, oppressions, enslavement , persecutions, state terrorism, abuses, intimidation, invasion of privacy, defamation, attempted assassinations, poisoning and unlawful surveillance actions, by Defendants, which have been going on against plaintiff for more than a decade, solely on the basis of his race, religion, color of his skin, ethnicity, alienage, ancestry, and/or national origin, in violation of the Constitution of the United States, the Constitution of the State of Minnesota and the laws of the United States and the laws State of Minnesota.

## II.   JURISDICTION AND VENUE

2. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331 and 18 U.S.C §§ 2333 and 2334.

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1343 and 42 U.S.C § 1983.

4. This Court also has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(2) under diversity of citizenship. On information and belief the plaintiff and defendants herein are citizens of different states and thus diversity exists and the amount in controversy exceeds $75,000.

5. This Court has pendent and supplemental jurisdiction over state law claims pursuant to 28 U.S.C. §1367.

6. Declaratory and injunctive relief is authorized under 28 U.S.C. §1343.

7. Venue lies in this Court pursuant to 28 U.S.C. §1391 and Minn. R. Civ. P. 82, because the majority of the actions and omissions by defendants have been taking place within the State of Minnesota.

8. This Court has original jurisdiction to the pursuant 5 U.S.C. 552(a)(4)(B).

9. This Court has jurisdiction under 5 U.S. Code § 702 Administrative Procedure Act to stop further violations of constitutional and statutory rights.

10.   This Court has jurisdictions to the pursuant of the Federal Tort Claim Act; pursuant to 28 U.S.C. § 1346(b).

## III. PARTIES

11.   Plaintiff Gamada A. Hussein, is resident of the State of Minnesota, is U.S. Citizen, Muslim of Ethiopian origin and current mailing address P.O.BOX 4128 Saint Paul Minnesota 55104.

12. Defendant, State of Minnesota through State Attorney General Office , 445 Minnesota Street , STE 1400 Saint Paul ,MN 55101.

13. Plaintiff is unaware of the true names and capacities of defendants sued herein as John Does and therefore sues said defendants by such fictitious names. Plaintiff will seek leave of Court to amend this Complaint to allege true names, capacities, and circumstances supporting the liability of said defendants at such times as plaintiff ascertains the same.

## IV. FACTS

14. Plaintiff's name is Gamada Ahmed Hussein, who was born in Ethiopia and now is a citizen of the United States of America.

15. Defendants acting in concert and each of them individually have conspired and contributed to the unlawful acts against plaintiff, which include unlawful and unconstitutional surveillance, physical, mental and psychological torture, oppression, harassment, discrimination, abuses, threats against his life, attempted assassinations, intimidation, invasion of privacy and defamation by the State government agencies (Police department, Sheriffs, State Troopers, and local undercover agents acting in concert conspiratorially with CIA, CIA undercover agents, FBI, and FBI undercover agents ) since 2008 and still going on. Though plaintiff noted them in 2008 , based on updated assessment their conspiracy against plaintiff started right after plaintiff got in the US (2005).

16. Plaintiff is victim of persecutions, tortures, illegal searches and seizures, malicious abuses, oppressions, drug and software assaults, Nazi Stylish researches, movie productions, entertainment per torture and persecutions, harassments, intimidations, and invasion of privacy by both federal and state law enforcement agencies (Police department,

5

Sheriffs, State Troopers, and local undercover agents acting in concert conspiratorially with CIA, CIA undercover agents, FBI , and FBI undercover agents). Such unlawful acts have done  immeasurable physical, psychological, academic, financial, and social harms to plaintiff and plaintiff family( fiancée and four children).

17. On March 20, 2008, Plaintiff got into an accident at his place of employment at Hilton Minneapolis, as he was taken to Abbott North West Hospital for emergency treatment, a man and a woman wearing white coats came to his room. The woman asked about his name and then asked whether he is a Muslim or not. Plaintiff replied that he is a Muslim.  She continued to state that he needs to answer a lot of questions if he is a Muslim. The man stopped her questioning and they both left. However, soon after plaintiff left the hospital he began being followed. Please see attached exhibition A1-A3.

18. Sometime in June 2008, plaintiff was in a parking lot, located at the junction of Rice and Nebraska streets in Saint Paul, Minnesota, talking over the phone to a female relative from overseas and right at the spot plaintiff saw a drone flying over his head.

19. Later in the summer of 2008, plaintiff sent $60.00 to a sick relative in Africa and the money was held for no reason and he had to go to the Western Union office and confirmed his contact information before the money was released to the relative.

20. On May 14, 2009 plaintiff noted that his mind was jammed during graduation ceremony. Plaintiff also noticed that any time he goes to a bar or a restaurant he has been followed either by police or some undercover FBI agents.

21. On December 31, 2009, plaintiff went to a party on Grand Avenue in Saint Paul, Minnesota, with a friend, while, he was enjoying the party, suddenly two women approached him and asked him a lot of personal questions, even they asked him to show them his IDs and to show them on Google Maps where he came from and when he left the bar, there were a few police officers present.

22. Even when plaintiff went out with girls for a date, he was followed by Police , State Troopers, Sheriffs, local undercover agents, CIA, CIA undercover agents, FBI and  undercover FBI agents.

23. On May 18, 2010 (it was night of 17 and plaintiff state 05/17/2010 multiple times) , plaintiff got into a car accident and was taken by ambulance to HCMC in Minneapolis. plaintiff's wallet was taken and returned to him after hours of search without his consent or permission. With current information plaintiff attributed the cause of accident to technology he has been dealing with. Please See exhibition B1-B3.

24. In early May 2011, plaintiff was under intense surveillance and subjected to unexplainable harassment and intimidation, where he used to work for the Hubbs Center for Adult Education Center. Plaintiff took some days off for finals at the University of Minnesota, where he was enrolled for undergraduate studies, the lead in DEL said to him *"Thank your God and go to your tests."* ; plaintiff had been harassed every time he stays late in the library. That particular night FBI agents and others law enforcement undercover agents had been speculating about assassinating the plaintiff ; the Digital Lab lead comment suggested that plaintiff was saved from assassination for that night.

25. A week later, plaintiff was in a study room with a classmate at the University of Minnesota campus, a police officer in uniform and another undercover FBI agent encircled the room. Plaintiff's classmate was shocked and asked people around what was going on. Plaintiff knew they were there to intimidate him. There was nothing much plaintiff could do, so he focused on his exams.

26. Towards the end of May 2011, Plaintiff went to Como Park in St. Paul, with his fiancée. He noticed that people were looking at them suspiciously and plaintiff cannot even count how many times he was followed around, harassed, and intimidated by police and undercover FBI agents whenever and wherever he went out with his fiancée. An Ethio-American who used to live in plaintiff residence who was aware of the incidents said to plaintiff , "When you are young, you can say whatever you want and have fun wherever you want but when you got bold like me you watch out what comes out of your mouth." plaintiff doesn't believe what he said triggered all these but what being said used as tool to get away with years of researches, movie productions, tortures, persecutions, entertainment, oppressions, abuses, control, live sell, political cover-ups, and so on.

27. In June 2011, plaintiff noted internal sex deprivation and complained to a physician ; defendants purposely made plaintiff struggle with his family life. When plaintiff try to buy energy boosting product to enjoy his life , they read his mind a head and put a product with sex suppressant in the stores he buys products from. Defendants have been using jerk extended family members to sleep with his fiancée to have fun with his tortures and persecutions as well to continue researches, movie productions, create problems around his life in order to deter him from complaining about their heinous crimes under color of law. Please see exhibition C1-C3.

28. In May 2011 plaintiff saved American Civil Liberties Union' s telephone number on his cell phone as undercover agents were making to his residences ; plaintiff also complained about ongoing abuses to one of his closest friend. These actions triggered more harassments , intimidations, and creating problems around plaintiff life by police, state troopers, sheriffs, and local undercover agents either directly or indirectly.

29. On August 30, 2011, two undercover FBI agents (a man and a woman) followed plaintiff from Saint Paul to Rochester. They attended

an orientation with him at school. One of the teaching specialist at the University of Minnesota Rochester Campus, named Christopher Denis did harass and intimidate plaintiff within the school every day. Plaintiff believes Chris and Andy got surveillance video from outside sources and he heard them always chatting about the video clips they got and it was extremely upsetting to plaintiff and had a major effect on his academics and his life. Defendants have been using verbal and physical harassments and intimidations as well as technology to slow down plaintiff academic curiosity and strength.

30. At the School plaintiff noticed Dr. Janice, CLS program director, was treating him reasonably and fairly. However, plaintiff believes at Chris' request he was given a discriminatory sample for identification at the exams, Christopher also refused to give plaintiff the testing materials for the week, he later gave them to him with an apology after a week was already wasted.

31. Plaintiff heard Chris talking about kicking him out of class. Chris had that conversation with the molecular diagnostic and immunology instructor. Chris said to the instructor, "Plaintiff is not as good as he is in lecture in practical part of the lab , the instructor argues back if he

11

is this good in lecture he will learn the practical part as time goes by; 34 millions of Americans need someone to teach them." Chris replies , " plaintiff is against the United States of America." and then the instructor gave him some bad look and conversation ends. However, Mr. Jeanne Bergelin, a classmate at the University of Minnesota Rochester Campus, was one of plaintiff's sympathizers, regarding the systematic harassment and intimidation within the campus, who very often asked plaintiff whether he has a relative here in the US and also encouraged him to be patient; Plaintiff has been harassed, intimidated, and embarrassed intentionally in front of his classmates, coworkers, friends, and in public either by undercover agents or their surrogate civilians.

32. Outside of the school in Rochester, police were harassing and intimidating plaintiff throughout the whole school year.

33. When plaintiff returned to the Twin Cities, the intense harassment and intimidation continued. In the summer of 2012, plaintiff worked at Medtronic, Brooklyn Park, Minnesota. Plaintiff's coworkers whispered about him every time he went there. Sometimes he found them arguing

about him with very opposing views. Plaintiff didn't like that but chose to focus on his job.

34. Plaintiff went to Allina Unity Hospital in Fridley, Minnesota on Monday, July the 30th 2012 for his hematology rotation. The first four days of plaintiff training when plaintiff asks, " How I am doing?" all proctors responded pretty good; on the last day of the first week, Friday August the 3rd 2012, plaintiff noticed they started whispering about him and he believed after they received some information from outside sources and plaintiff was intimidated by his proctor, which plaintiff reported to the hematology department lead. Plaintiff did well on his rotation, but his final hematology evaluation was not fair. Please see the exhibition D1-D2.

35. On or about August 4 or 5, 2012, plaintiff was studying at a Caribou coffee shop in  Roseville, Minnesota,  and plaintiff ordered coffee. When he placed his order there were only a young white girl and a middle-aged white woman in the room. Later on, a middle-aged fat Asian lady came in from the back door and poured unknown liquid into plaintiff's coffee cup before she poured the coffee in. The two women were looking at her uncomfortably while she was doing that. Plaintiff

couldn't differentiate who works there and who does not, but he saw her coming in from the back door. Plaintiff was concerned because she came from outside and just served his coffee and left. However, plaintiff was hesitant to think that someone would poison him at a coffee shop for doing nothing wrong. After plaintiff sipped the coffee for a while, the two women were whispering about the toxin not being effective right away. When plaintiff left the coffee shop, Roseville Police officers were directly in front of the coffee shop. Plaintiff felt that it was an organized plan against his life.

36. The following Monday morning, when plaintiff arrived at Allina Unity Hospital for his Hematology rotation, a coworker at Allina Unity Hospital watched him working for a while and then she whispered to another coworker that she is going to report that plaintiff is still fully functional. That confirmed plaintiff was given some toxin and they were checking whether it affected the way it was intended. That coworker was describing plaintiff's private organs and talking about him in an obscene way, which is an indication of Plaintiff being watched undressed through surveillance. The same comments have been made by plaintiff's coworkers everywhere he works.

14

37. Plaintiff did his Transfusion Medicine rotation at St. John's Hospital in Maple Woods, MN. On the second day of his rotation, his supervisor asked him to do 8 type and screen on eight specimens and she said to him that his Blood Bank instructor at University of Minnesota scared him enough not to do mistakes in a blood bank and she then told plaintiff to go home. Due to misinformation from law enforcement institutions people were trying so hard to check on plaintiff but plaintiff did very well on blood bank evaluation. Please see the exhibition E1-E2.

38. Plaintiff did his chemistry rotation at Allina Unity Hospital and worked hard and still being harassed by law enforcement officers and some of his proctors still continued to be biased against him. However, his chemistry evaluation was better than hematology and reflective of his actual hard work. Please see the attached exhibition F.

39. Plaintiff did his microbiology rotation at Regions Hospital in St. Paul Minnesota. A few days later a female law enforcement officer came to the hospital in civilian clothes. Plaintiff saw her watching him from a window while he was working on specimens. She suggested that harassment and intimidation by itself can cause stressful situation

while talking to plaintiff's supervisor. That comment affected plaintiff very badly and changed people's view toward him; before that comment was made plaintiff daily evaluation comments were only exceed expectations. Furthermore, plaintiff was given discriminatory tests without being informed, he was given 10 unknowns to be identified within two days and plaintiff identified nine of them and traced the tenth to its family chain. Plaintiff was given five unknown to identify over three weeks when he was attending the University of Minnesota. Please see the attached exhibition G. Plaintiff understood that as discriminatory test because most of the staff in the microbiology department were from the University of Minnesota and they were whispering that they had never been given any tests during their clinical rotations and they didn't note any University of Minnesota students being given test during clinical rotations at their site.

40. On December 20,2012 defendants were frowning plaintiff face and imposing depressive mood on plaintiff through technology and there was also undercover agent during his graduation ceremony.

41. Between 2012 and 2013 plaintiff consulted his fiancée about suing the defendants but plaintiff fiancée argued that it takes a lot of

16

resources to pursue the government ; defendants have access to plaintiff conversations and thoughts (they read plaintiff mind). They have been trying to either deny plaintiff an employment or chase him from work place to work place to destabilize his family and impose financial distress and emotional distress upon him in order to deter him from pursuing them. Please see attached exhibition in 19-cv-292 about employment history of plaintiff for verification.

42. On February 14, 2013, while plaintiff was taking his BOC, CLS Board of Certification, at a Pearson Test Center in Eagan MN, an FBI agent tried to distract him. One of the center staff said she had never seen FBI agents at her test center before. Plaintiff just took his test and left.

43. On February 19, 2013, plaintiff had an interview at United Children's Hospital located in St. Paul, Minnesota, with a lab manager, Jennifer Smith; plaintiff noticed FBI undercover agents followed him to the interview site. Plaintiff contacted an Ethio-American supervisor who works with the manager who interviewed plaintiff. She told him that she liked plaintiff on the interview but she didn't want to take a risk. The risk the lab manager scared of was this same intrusive,

abusive, oppressive, and notorious surveillance. Eventually, plaintiff did not get the job and he believed that was just direct contribution of surveillance and wrong and false information passed on by FBI, FBI undercover agents, police department, CIA, CIA undercover agents, Sheriffs, State Troopers, , and local undercover agents.

44. On January 18th , 2013, plaintiff started to pose memo of what has been going on against him in his email but ceased knowing that defendants have been after his everything. Plaintiff perceptions of the United States practically contrasted and plaintiff felt that he has been living in torturing and persecuting totalitarian state and federal government. Please see the attached exhibition H1-H2.

45. On March 27, 2013, plaintiff had a job interview at Mankato Hospital. The interview went good. Becky, lab supervisor was about to pull out her pistol but Mary Jo , Lab manager said no with a subtle signal. Mary Jo escorted plaintiff to the lobby and told him that he did very well on the interview but he did not get the job. Plaintiff lost the chance just because of law enforcement agencies' (Police Department, Sheriffs, State Troopers, local undercover agents, CIA, CIA undercover agents, FBI, and FBI undercover agents) imposed discrimination and

misleading information against plaintiff in order to deter him from pursuing them.

46. On April 16, 2013, plaintiff traveled to Joplin Missouri for an employee health check-up and drug screening, because plaintiff got a job there. Plaintiff stayed at the Hilton Garden Inn. Recruiter Stephanie Dillon gave plaintiff a ride to the Human Resource Office. By the time plaintiff left, he believed an FBI agent told Stephanie Dillon that plaintiff cannot do the job. However, plaintiff did the job successfully but he felt very shy whenever he visited Freeman Health System Human Resource Office in Joplin remembered the surveillance issue. Their misinformation has affected plaintiff in many ways.

47. On April 23, 2013, plaintiff showed up at his work place in Freeman Neosho hospital for his first training. FBI undercover agent came from behind and told plaintiff's trainer, *"He is hard to train."* She replied, *"We already know that."* That same information was used for revenge when plaintiff had a personal conflict over alteration with a coworker. The trainer was trying to push plaintiff into mistakes by messing up the specimens.

48. On May 15, 2013, before plaintiff got off work, a security guard at Freeman Neosho Hospital, was arguing with plaintiff's trainer Lavetta Mollatte by saying plaintiff said something wrong about the US and the law enforcement agents (Police Department, Sheriffs, State Troopers, local undercover agents ,CIA, CIA undercover agents, FBI, and FBI undercover agents ) thought plaintiff is stressed and didn't know what he was talking about but he is accurate and consistent in his job –they will cross him out now. Lavetta argues in plaintiff's favor stating that he is young and he can say whatever he wanted.

49. Plaintiff left the lab and stopped by Newton Public library to use a computer. While there Plaintiff heard a voice from behind him saying, *"He is concentrating on the computer."* When plaintiff reached home, he noticed his wallet was stolen. Plaintiff also felt some fatigue and burning sensations but he didn't seek medical attention at the time.

50. On May 16, 2013, at 7:30 am plaintiff called the library and asked the manager on the phone whether she saw his wallet?, She said "No" , even without bothering to look at the library lost item bin. Ten minute

later, James Lewis, Freeman Neosho security guy, told plaintiff's supervisor, Thomas Smalling, that they wanted to murder plaintiff.

51 . At 8:28 a.m. at that same day plaintiff went to Neosho Department of Police to report his lost wallet. The first question by the police officer was why plaintiff was in Neosho. He also asked plaintiff saying, *"Did you come to see the beauty of Neosho?"* Plaintiff replied, *"No sir, I graduated from school and I got a job down here and that is why I am here."*

52. The first radiation attack on plaintiff was at Newton Public Library located at 201 W Spring St. Neosho, MO. The symptoms plaintiff had on May 15, 2013 is very similar to those he had after being radiated at US bank in Neosho branch and National marrow donors programs in New Brighton, Minnesota. Even as he was writing this complaint plaintiff has been under similar attacks by defendants; on July 07 ,2019 defendants were scaring plaintiff to death from inside and make him shout while sleeping. On July 08, 2019 plaintiff was numbed in his bed to the point he thought it is going to end his life. Defendants have been aching and weakening plaintiff to make him visit hospital or clinic from inside; to make false diagnosis and scare him with that false

21

diagnoses. Please see the attached exhibition Medical records(A1-A3, B1-B3, C1-C3, M1-M22)

53. On September 03, 2013, plaintiff got a job at Mercy Joplin Hospital. Towards the end of October, plaintiff completed his chemistry and hematology training and again law enforcement agents came in and told the same story about plaintiff. During plaintiff first week of training defendants have been making him sleep from inside.

54. In October 2013, the plaintiff was looking for an apartment to move his family to Missouri. As he was asking for direction from the potential landlord to look at the apartment when plaintiff stated that he was nearby national armory ; He was followed around with FBI agents, local police forces, and other undercover agents throughout the town. Since the plaintiff lived with such baseless suspicions and phony accusations for years he let it go and went to his work.

55. People were consumed in argument for and against plaintiff and it was a great distraction to him. Plaintiff was really frustrated with their actions as he had run out of sympathy and patience after he drove 600 miles away from his family to secure his career and already showed his capability through hard work and determination. People

were talking in a very negative way about plaintiff after they got that misleading and false information from law enforcement agencies' staff members.

56. Ashli Obrien, plaintiff's blood bank supervisor, who was enthusiastic to train plaintiff, before the FBI agents' story reached her, had totally changed her attitude towards plaintiff. She was saying, *"We are bad people right? You can put FDA banned stuff together and kill these bad people."* She refused to allow plaintiff training for a week. Later on, she even stated laboratory is not a place where the blacks should work; they should rather work at Wal-Mart.

57. Erin Manley, plaintiff's evening supervisor, was also saying *"Even if we may try to be nice to them, they may still kill us,"* referring to Muslims, plaintiff worked his way hard through all these blackmailing and misleading misinformation of law enforcement agencies' staff members.

58. In early December 2013, a pathologist at Mercy Joplin Hospital and a coworker were talking about ongoing research on plaintiff. For the experimental part of the research they got a sample from another

doctor on November 04, 2013. On the other side, they got access to plaintiff's food (drugging through food and drink sabotages including fountain water poisoning) . The rest of the researches have been software and observational. Plaintiff carefully listened to their discussion and kept quiet as he did not have any other option except internal embarrassment. When plaintiff complained, to his coworkers about illegal researches done on him, one of his coworker said, *"We domesticated them."* Referring to plaintiff's race as a black.

59. In January 2014, a coworker at Mercy Joplin Hospital arrived through the back door and he knew that plaintiff was working in the Hematology Department that day and it was also busy, so plaintiff did not get a chance to eat. The said coworker brought two sandwiches and told plaintiff that he got an extra one if plaintiff wanted to eat. Plaintiff did not realize that it was done to poison him and he just took it and ate it. Later on, the evening supervisor was talking about it and she was asking that coworker why he brought in poisoned food.

60. Sometime, in February 2014, another coworker at Mercy Joplin Hospital was talking about final conclusion of psychological research conducted on plaintiff; he was saying psychologists concluded that he

comes in angry and thus why he doesn't smile much and they shouldn't worry about him. In fact, defendants sometimes induce anger and frown plaintiff face to make him look odd person through technology and drugging in a very corrupt and secretive manners. That coworker was also talking about plaintiff being given too much hard time by the law enforcement institutions (Police Department, Sheriffs, State Troopers, local undercover agents, CIA , CIA undercover agents, FBI, and FBI undercover agents)  and their attempts to murder plaintiff out. Plaintiff wakes up every morning with full enthusiasm to cheerfully join his team and do great job but plaintiff was always harassed and intimidated on his way to work and home all the times by police officers, local sheriffs, State Troopers, CIA, local undercover agents, FBI , and undercover FBI agents. It was also hard on plaintiff to be as happy as he wanted to be while he has been  dragged  as naked as a peeled apple to his work places. In some cases,  plaintiff deprived his academic curiosity and love for his profession through harassments, intimidations, drug assaults, and internal interference with his job.

61. On March 22, 2014, a coworker, named Ronnie, injected plaintiff with live germs of an unknown type. Plaintiff reported that to his

immediate supervisor, Steve Hatfield, and he sought medical attention from Dr. Quist at Freeman Neosho Hospital. However, law enforcement agencies' staff members followed him there too.

62. On March 26, 2014, Plaintiff filled out an American Civil Liberty Union complaint form and mailed it to the Saint Louis Missouri office of ACLU. However, plaintiff's mail was taken from the USPS, and opened and sent to his both work places. Plaintiff heard when coworkers whispered that Mercy Joplin Hospital and Freeman Health System set a date to fire him, which plaintiff discussed with Mercy Joplin Hospital lab manager, Kim Llamara, Instead of being fired plaintiff constructively resigned from both Freeman Health System and Mercy Joplin Hospital so as to preserve his experience and referral for another job. Please see attached exhibition in 19-cv-292.

63. On April 01, 2014, Michael Harry, a courier for Freeman Health system, insulted plaintiff personally by saying, *"They will take out this guy."* On that day plaintiff requested to leave early for a family emergency, where his pregnant fiancée and his 2 years old child were alone. On his way home plaintiff stopped at a US bank. While plaintiff was there FBI agent with a camera was in the bank and he was telling

the bank manager that he wanted to take a photo of plaintiff. The FBI agent shared plaintiff's entire story with the banker. Plaintiff just transferred money to his fiancée's account to make sure they( his fiancée and child) have money without delay   incase defendants deprive plaintiff life out of hatred and left; defendants have been terrorizing plaintiff  everywhere in similar manners from insides and outsides.

64. Courier Michael Harry always comes to plaintiff's work place and reports whatever plaintiff does when plaintiff gets off work, like *"We know that you drank this kind of wine yesterday"*.

65. Even video clips of plaintiff having sex with his fiancée made it to plaintiff's work places and his coworkers comment about it all the time.

66. In April 2014, a coworker talked about the researches done on plaintiff, another coworker was talking about plaintiff being given Salmonella and plaintiff h*ad stomach ache went to rest room  about four times within less than an hour and then went to hospital a day before.* The coworker was also saying *"Why Salmonella? They were supposed to give him Campy; it would have knocked him down."*

*plaintiff have been facing these kinds of state terrorism everywhere else.*

67. On or about end of April 2014, plaintiff was radiated for the second time at US bank on 1094 S Neosho Blvd, Neosho, MO where there was a man who had been following plaintiff for some time and he had even been to plaintiff's apartment presenting himself as a marketing person. On the day of the incident plaintiff went to US bank and two people, a woman who was the manager and a man, were assisting plaintiff which was not usual. While plaintiff was at the teller counter they were asking him questions. The man was standing in front of the bank teller and the lady was holding plaintiff's daughter, telling her that it is very heart breaking for her daddy. Plaintiff didn't know that the man was radiating him from the back and the man said *"Thank you,"* and left. When plaintiff got home he felt a burning sensation, numbness, and fatigue all over his body. Plaintiff discussed that with his fiancée and then kept quiet. Plaintiff still feels fatigued more than he used too. This was also similar kind of state terrorism.

68. Plaintiff used to send some money to relatives in Ethiopia and pay money to a relative from whom his fiancée borrowed money. Plaintiff

heard his coworker, Lori Richard, was talking about local police, sheriffs, State Troopers, local undercover agents, CIA, CIA undercover agents, FBI, and FBI agents being concerned about the money plaintiff transfers, but Plaintiff's concern was why the law enforcement agents talk about something they can directly talk to plaintiff about. During a visit to the FBI office in Brooklyn Center, Minnesota on April 08, 2015, an FBI duty agent there asked plaintiff whether plaintiff borrowed some money from other people.

69. While plaintiff was preparing to move back to the Twin Cities (Minnesota), Plaintiff heard the HR FMLA representative at Freeman Health System, Joseph, was talking to a lady, saying bad people are going to put him in the bus, i.e., plaintiff, in a bus and it is very risky for our people, referring to plaintiff as a terrorist.

70. On June 11, 2014 plaintiff visited FBI office in Minneapolis reported what has been going on against him for years with his fiancée and two children. Two male duty agents stated that FBI doesn't have jurisdictions over what plaintiff claimed going on and suggested starting locally. However, before plaintiff went to FBI office, FBI agents were sitting at Concordia University in Saint Paul in front of

plaintiff where plaintiff was seeking information to pursue his PhD program and they were arguing that they don't see plaintiff around doing that; they have been contemplating that plaintiff is going to die due to what they have been doing to him.

71. On June 28, 2014, MPS Temp Agency sent plaintiff to work, as a medical assembler, at Juno Pacific, team lead, Joshua, was talking with a woman about what happened to plaintiff. Plaintiff ignored what they were talking about for days, but at last plaintiff said to Joshua, *"It looks like you are talking about someone I know."* The woman responded by saying to Joshua *"You see how professional I am."*

72. Even in Minnesota, Wendy, a supervisor at Medical Smith Company, said that outside sources told her that Plaintiff should not work on a medical assembly line because he was sending a lot of money to a foreign country.

73. People at plaintiff's work place were talking about what has been done to plaintiff, like the assassination attempts and other familiar stories. Finally , they concluded that nobody is going to get in trouble because of plaintiff.

74. On July 17, 2014, Wendy, said *"We got him for not shutting up his mouth; he messed up for not shutting up his mouth."* Also, Thoa, a trainer, told the other lady that plaintiff is going to die from blood cancer because of the poison that was given to him. Other coworkers were arguing how they know the poison is working on plaintiff.

75. On September 17, 2014, while plaintiff was working at National Marrow Donors Programs, New Brighton, Minnesota, an intense light flushed into his eyes.

76. Plaintiff's coworkers were talking about a video clip they watched from the surveillance. At the beginning a lady, named Lindsay Carpenter, was strongly arguing against the murder attempts that carried out against plaintiff.

77. One morning they saw plaintiff watching a religious song on YouTube and when plaintiff got to work, they were questioning whether plaintiff should or shouldn't watch that. As they argued back and forth, Lindsay was convinced that previously taken actions against plaintiff were appropriate, and she thought that Plaintiff is prone to radicalization.

31

78. Plaintiff's coworkers send Nicole, an African American girl, to tell Latre Lawson, another lady from Togo, to stay away from plaintiff, because he is a Muslim and he is under investigation. The girl from Togo responded, " *Yes, they are evil.* " For two days they were talking about either police or FBI choking plaintiff, they argued that is not good for USA national security because of ongoing minority and policing issues.

79. Defendants tried to use a laser light to assassinate plaintiff. Before the attempt on his life, plaintiff heard them saying that somebody is going to train them on how to do the covert operation.

80. When the intense light flashed into plaintiff's eyes, plaintiff looked around but didn't see anything. Plaintiff was hesitant to call it an attempt on his life because with the intensity of the light on his eyes, he was not able see anyone around or from where the light originated. The people who flashed the light on plaintiff started talking about the situation. Danni, the lady who worked in front of plaintiff on QCs most of the time, was asking Alicia whether plaintiff realized what they just did to him. Alicia replied that he was hesitant about it. Plaintiff

reported that to Lindsay Carpenter first; Lindsay did not want to do much and she was telling Danni not to worry about it.

81. Plaintiff went to the supervisor's office and told him that he felt a very intense flash of light hit his eyes. The supervisor and the manager were sitting together; the manager replied that *"Whatever you are complaining about, I did not do it."* The manager also asked plaintiff *"Was your vision impaired for the time being."* plaintiff told manager that plaintiff knew who did this to him. Plaintiff only needs a written report to document that he reported the incident. The supervisor wrote the note for plaintiff. After plaintiff received the note from the supervisor, people in leadership positions were shocked and they were criticizing each other for giving the note to plaintiff. They were scared that plaintiff would sue their company for work place injury. The supervisor asked plaintiff, if plaintiff wanted to claim work place injury, plaintiff told him,  "No, do not worry I know whom to fight". The supervisor, Lindsay, and the manager of the company called the lady from Togo named Latre Lawson and convinced her to be on their side and deny that she had seen anything happened to plaintiff. Latre was working about 4 feet away from plaintiff when the incident

happened. Mark said FBI agent members were texting him that pointing out that cancer is all over plaintiff's body because of what they have been doing to him, that if Plaintiff sues the company for work place injury that will be a disaster. Please see the attached document in 19-cv-292.

82. For days plaintiff felt fatigue and a burning sensation all over his body and was vomiting. On the September 21, 2014, plaintiff went to Saint Joseph's Hospital in Saint Paul. When plaintiff got to the hospital, the law enforcement (Saint Paul Police and FBI undercover agents) were already there; some were talking about plaintiff's wanting to be a transformational president like President Barrack Obama in his country of Origin, Ethiopia. At some point they were worried about the nature of plaintiff's death. Plaintiff was given three IVs and pain killers. The hospital staff was already informed about Plaintiff.

83. The doctor told plaintiff that the CT-Scan shows that his organs are okay but she told the law enforcement agents (Police department, sheriffs, State Troopers, local undercover agents, CIA, CIA undercover agents, FBI, and FBI undercover agents ) that plaintiff's brain is

smashed. On September 22, 2014, when plaintiff went to work the symptoms he discussed with the doctor were already at his work place.

84. Mark, a coworker, was saying *"Burn in hell."* Lindsay, Dani, and Alicia continued talking about the effect of the flash of light to each other, saying, *"He is not even close to death." plaintiff has been facing similar state terrorism all over the places.*

85. In October 2014, plaintiff got a job at Robland Home Health Care in Saint Paul, Minnesota. Soon after plaintiff got hired they shared video camera with the company's owner, named Omar Hassan.

86. In January 2015, plaintiff had an interview with Mary Jo again. Plaintiff was offered a job and started the job. The surveillance and what happened to him at other work places, including murder attempts by the law enforcement agents (Police Department, State Troopers, Sheriffs, local undercover agents, CIA, CIA undercover agents, FBI, and FBI undercover agents ) followed there too. Plaintiff compensation money was also part of the harassment in the lab. Plaintiff later on noted that at a time Department of Justice decided to award $8.3 million after tax but local authorities (police, sheriffs, state troopers, local undercover agents , local CIA and FBI leaders )were reluctant to

serve plaintiff and plaintiff family justice. They have been trying to incapacitate plaintiff and share the money with his extended family members; defendants also speculated that plaintiff is going to make billions of dollars out of the stories of plaintiff and then they decided to avoid him by drugging and assaulting him from inside in order to make money out of his stories, talents, academic works, legal fights...etc, and then share with extended family members. To this day they are claiming that plaintiff money that produced out of his movie, live sell, academic work, legal fights...etc is national security issue; that is why defendants didn't want to admit what they have been doing to plaintiff. In fact, defendants have put plaintiff and plaintiff family in death row through systematic elimination to inherit their wealth, hide their truth, move on researches, movie productions....etc. Plaintiff always wondered if the duties of state and federal law enforcement agencies' staff members are to systematically eliminate ordinary citizens to share their (citizens) wealth around with other citizens and hide their criminal activities under public watches.

87. A lady named Sheila Stevenson said, *"We already got him, probably he is going to die very soon."* Sometimes they were talking about

plaintiff's compensation. Plaintiff couldn't even look at his coworkers as they have even watched the way he has sex with his partner and so forth. Even some of the coworkers talking in plaintiff's presence that they do not like blacks.

88. Plaintiff reported this to Mary Jo and Becky and they had a conversation about it on March 30, 2015, but nothing changed in the coworkers' attitudes towards plaintiff and intrusion into his private life.

89. On June 26, 2015, plaintiff's brother Burhan called him to arrange for family gatherings in Ramadan holidays. Soon after plaintiff finished talking to his brother over the phone, he started writing some notes.

90. When Plaintiff went to work at MCHS, Mankato Hospital, he heard them saying Plaintiff had a problem. Plaintiff kept quiet and continued on his work. Later on Sheila Hoy was talking about keeping Plaintiff in jail. Katie was talking about shooting Plaintiff down and she also suggested that Plaintiff is hiding in the lab to commit terrorist acts. Kristen Vik was talking about Plaintiff getting poisoned again. Katie

started saying that by the end of the day Plaintiff was surviving and then she talked about the scary writings, which were just personal notes. Sky and Andrea in microbiology department were discussing the points Plaintiff was writing about. They were making fun of sex deprivation that Plaintiff complained about in his writing. These kinds of verbal terrorism by coworkers followed by internal torture through software (shaking , aching, altering mood, frowning face from inside...etc) helped defendants to practice inconceivable state terrorism.

91. On June 26, 2015, at 11:00 a.m., Plaintiff reported that to Mankato Police Department. About 2 p.m., on the same day Mary Jo, the lab manager, called Plaintiff telling him not to come to work until HR calls him. Later on, Mary Jo called Plaintiff in to discuss with him the issue of surveillance along with another Mayo HR representative. Plaintiff explained to them very well, and then they told Plaintiff they are going to call him with their investigation result. Plaintiff said oaky and left.

92. Two weeks later, Mary Jo and Jennifer Shain called Plaintiff and told him that they were able to confirm what Plaintiff said and his coworkers did in fact make those comments. However, when Plaintiff

asked Jennifer Shain for a hard copy of their investigation she denied what she had told Plaintiff over the phone. She tried to push Plaintiff to take some money and sign separation agreement for them. When Plaintiff refused to sign separation agreement she talked about putting him on an administrative leave until his work schedule ends. Plaintiff's temp position was scheduled until January 2016 not November 17, 2015. Plaintiff told her that Mayo does not have to pay him for the time he did not work. Plaintiff asked her either to change the work environment and return him to his work or terminate his employment and give him the reason for termination but she refused to do so. Please see attached document A1-A5 in 19-CV-292.

93. Plaintiff had previously reported about the most notorious, abusive, oppressive, and intrusive surveillance to Mankato Police Department on two different occasions on March 12, and March 20,2015. Plaintiff also explained the workplace harassments and intimidations associated to the most notorious, intrusive, oppressive, and abusive surveillance. Please see the attached documents in 19-cv-292.

94. Plaintiff reported the surveillance issues to the Saint Paul Community Police Office and to an FBI duty agent on April 8, 2015,

who told Plaintiff to submit everything in writing. When plaintiff submitted his complaint there was not any outcome.

95. Also Plaintiff talked to FBI about surveillance and harassment on June 8, 2015, where he met two FBI duty agents and they told Plaintiff they want to help him out, but Plaintiff has to substantiate everything and again. Plaintiff already reported what Plaintiff has been facing to FBI duty agents on June 11, 2014, and that time duty agents advised Plaintiff to start locally.

96. Plaintiff lost six professional jobs over a decade just because of wanton state and federal Law enforcement agencies' (Police Department , Sheriffs, State Troopers, local undercover agents, CIA, CIA undercover agents, FBI, and FBI undercover agents ) misleading information ,and unlawful surveillance.

97. Again on June 30, 2015, Plaintiff visited the FBI Office in Brooklyn Center, Minnesota, and met with male and female officers. The male agent's first question was, *"When you last saw your physician?"*. Plaintiff told him *"My last visit was on June 9"*. The officer called Plaintiff around 15:15, and talked to him while Plaintiff was in the

employees' parking lot of Mankato Hospital. The FBI duty  advised Plaintiff to seek out a physician for damage assessment. When plaintiff seeks help from physician with his true stories,  defendants go in a head of time and ask physicians not tell on the government; during plaintiff  Mayo Clinic Health System visit, female undercover agent went in and told physicians that defendants had already decided to serve plaintiff justice but plaintiff  is spreading around defendants brutalities.   It's true in 2015 defendants decided to compensate plaintiff $8.3 million after tax but they didn't act upon it and they were harassing , intimidating, drugging,  and torturing plaintiff from inside to silence , delay, and deny justice to him and his family. However, physicians write inconsistent report of what plaintiff complains and write false diagnosis in support of the defendants ; defendants wanted to sell plaintiff  live and his movie world instead of serving him justice. Mayo Clinic later on requested consent for researches and plaintiff declined but Mayo clinic said the state law allows them to use plaint plaintiff record and sample for researches. Please see plaintiff Mayo medical record exhibition  I1-I4 and Mankato Police Department report in 16-cv-780 and in 19-cv-292.

41

98. On September 1, 2015, Plaintiff talked to FBI duty agents and one of them said to Plaintiff *"What are you trying to get out of all these? Money?"* Plaintiff said, *"Yes, you have done too much to me and it is a time to compensate me for what you have done to me."*

99. Defendants' daily tortures and persecutions are being done without probable cause or reasonable suspicion to believe that plaintiff has committed or about to commit any crimes or engage in any unlawful activities.

100. Defendants' daily tortures and persecutions are with intent and malice, are being done without any reason to believe that the information is relevant to an authorized criminal investigation or to an authorized investigation to protect against international terrorism or clandestine intelligence activities.

101. Defendants have been torturing, persecuting, invading, abusing, oppressing, degrading, denigrating, dehumanizing, and humiliating plaintiff intentionally to forcibly induce the alleged anti-Americanism, and fervor for terrorism; defendants have been forcing plaintiff to hate this beautiful and great country and society that plaintiff always loved deeply and held dearest . On information and belief, defendants' daily

42

tortures and persecutions against plaintiff's will and religion is directly performed, and/or aided, abetted, counseled, commanded, induced or procured, by defendants. Defendants attempted to force him to be bad citizen and get away with his money, justice, researches, their criminal activities ....etc.

102. Plaintiff, Gamada Hussein is a much respected person in his community, when this sage of over ten years of the defendants unlawful acts against plaintiff, plaintiff was student at MCTC , and the University of Minnesota.

103. Plaintiff felt he has been seriously invaded, abused, humiliated, dehumanized, denigrated , persecuted, tortured, oppressed, enslaved, assaulted ,and degraded.

104. As a direct result of defendants' intentional and unlawful acts against plaintiff, plaintiff has sustained physical injuries to his person, where he was radiated three times, poisoned multiple times, and given carcinogens several times, even plaintiff heard people talking about when plaintiff is going to die. In fact, plaintiff's health has seriously deteriorated over ten years of inhumane acts of defendants and his future has been damaged. Plaintiff has already lost more than ten

years of quality of life as he lives while being tortured, threatened, terrorized, invaded, degraded, assaulted, enslaved, oppressed, dehumanized, denigrated, and humiliated. His fiancée and his children also lost years of quality of life. Plaintiff has already developed one of the silent killers , high blood pressure as a result of defendants reckless daily actions. Plaintiff kids have already missed years of proper family training and nurtures as plaintiff and plaintiff's fiancée are busy to survive day to day life and fight these heinous crimes. Years of family plans have been aborted, plaintiff's and his fiancée's dreamed careers have been held hostages, and family locked into unsustainable life plans by defendants. Plaintiff fiancée shoved her hair and lost her teeth and forced into too much work and unhealthy life style. Defendants play with plaintiff money and time but plaintiff family suffer from disease, poverty, and so on. Please see the attached exhibitions A and B in 19-cv-1718.

105. As a direct result of defendants' intentional and unlawful acts against plaintiff, over more than 10 years, plaintiff has sustained psychological injuries and mental tortures, where he feels he is being threatened and watched all the time and people talk about his sex life,

private organs, and private conversations in public. Plaintiff feels as if he is being dragged naked at his work places and when walking on the street, which makes him very uncomfortable and the worst yet, the agencies which are supposed to protect him, attempted to assassinate him multiple times and plaintiff has to live with the fear of being murdered at any moment. In short, they have subjected plaintiff to mental and psychological tortures. This doesn't mean that plaintiff needs family members or law enforcement staff members to take care of him as both state and federal law enforcement staff members have been suggesting before ; plaintiff is very capable and resilient to execute any lawful consequential actions without doubt.

106. As a direct result of defendants' intentional and unlawful acts against plaintiff, over the last ten years, plaintiff has sustained social injuries, because plaintiff has been watched, followed, and stalked every time and everywhere he preferred to be alone and isolated and eventually gave up on dating and technically deprived of sex and socialization with females. Even after plaintiff engaged to his fiancée in Spring of 2011, they have been watched and followed everywhere they go together and people assume they are going to plot some terror acts.

Defendants negatively impacted plaintiff's family life, by spreading stories in his work places about his fiancée being cheating on him while he was in Neosho and here in Minnesota, which negatively affected his fiancée and his children. Defendants shook the core family values ; plaintiff and his fiancée lived years of tortures and persecutions, it's hard for plaintiff to assess how his four little children will be affected by these heinous crimes in their future lives.

107. As a direct result of defendants' intentional and unlawful acts against plaintiff, over the last ten years, by creating an intimidating and discriminatory learning environment both at school and clinical rotation sites, where plaintiff was given discriminatory tests, plaintiff has sustained academic injuries, where his academic performance and grades decreased. Also plaintiff has faced conspiracy, 24/7 surveillance, and extreme privacy invasion. For instance plaintiff heard two of his instructors talking about him in the classroom. All that impacted his academic performance and caused his GPA to drop and it is hard at this time to assess how much that might impact his future career. Defendants have been working hard to prevent plaintiff from being good in science and discover something new because he is black,

Muslim, and an immigrant; plaintiff is curious academically and has very strong academic background. Through their associate defendants even suggested to plaintiff to pursue political science; running his head busy was not as high as it was at Minneapolis Community and Technical College and the University of Minnesota while he was attending the University of Saint Thomas. His academic strength has been weakened from inside through software and secretive drugging when plaintiff was attending Minneapolis Technical and community College and the University of Minnesota. Defendants read plaintiff mind about the courses he is curious about and then internally force him to get lower grades in sciences courses of plaintiff interest ; at the University of Minnesota defendants sought failing plaintiff but plaintiff overcame through hard work, perseverance, good planning, and resilience to perform good in bad situations. Please see the attached exhibition J1-J3 (transcripts).

108. As a direct result of defendants' intentional and unlawful acts, over the last ten years by following him to school, clinical rotation sites, interviews and/or work places, and their discriminatory acts against plaintiff, plaintiff has sustained economic injuries and financial losses,

where by this time plaintiff would have secured good paying job, in Minnesota, with good benefits and experience and he has been forced to move to work in Missouri, in 2103, for less paying job and more expenses. Plaintiff's fiancée would have finished her Nursing school in 2014 as planned. Plaintiff would have gained three years of experience and prepared for graduate school. Because plaintiff lived in Missouri and his family lived in Minnesota he incurred a lot of expenses for his family's visits and to pay rent and electricity at two places. Later on, plaintiff's fiancée quitted two jobs to move to Missouri. Also as a result of the unlawful acts of law enforcement agencies (Police Department, Sheriffs, State Troopers, local undercover agents, CIA, CIA undercover agents, FBI, and FBI undercover agents), and their continued tortures and persecutions, despite his hard work, plaintiff was forced into debt by starting using credit cards again and again after the law enforcement agencies (Police Department, Sheriffs, State Troopers, local undercover agents, CIA, CIA undercover agents, FBI, and FBI undercover agents) mysteriously put him out of work, as of now plaintiff has lost six professional jobs for no reason other than our Law enforcement agencies (Police Department, Sheriffs, State Troopers,

local undercover agents, CIA, CIA undercover agents, FBI, and FBI undercover agents) illegal activities and their interference in his contractual relationship with his employers and/or his potential employers. Plaintiff has stopped paying his student loans with accumulating interests for his and his fiancée's student loans.

109. As a direct result of defendants' intentional and unlawful acts, over the last ten years, plaintiff has sustained injuries to his reputation by disseminating false information about his person and defaming him, where they have given him three bad names as a stressed individual, an anti-USA and a potential terrorist. Defendants have invaded Plaintiff's privacy in a very intrusive, abusive, and oppressive ways and they have made such false information public. In addition to that, defendants have made plaintiff subject to both observational and experimental researches without his consent. It is hard at this time to reasonably assess the damage these unlawful acts cause to Plaintiff's family, future career, life, and public image.

110. As a direct, foreseeable, and proximate result of the unlawful acts of defendants, including discrimination, harassment, mental and psychological torture, stalking, abuse, intimidation, invasion of

privacy, defamation, attempted assassination, poisoning and unlawful

surveillance actions, which have been going on against plaintiff for

more than ten years, solely on the basis of his race, religion, color of

his skin, ethnicity, alienage, ancestry, and/or national origin, in

violation of the Constitution of the United States, the Constitution of

the State of Minnesota and the laws of the United States and the laws

of State Minnesota, plaintiff has been suffering insecurity and

unsafely, social isolation, loss of enjoyment of life, humiliation, shame,

disrespect, despair, embarrassment, emotional distress, ridicule,

injury to his reputation, and economic losses. Therefore, defendants are

liable to plaintiffs for damages resulting from breach of their duty to

plaintiffs in an amount to be determined at the trial.

111. Defendants' actions were intentional, malicious, willful, and

wanton with reckless disregard to plaintiffs' legal, civil and

constitutional rights.

113. All defendants' actions were unlawful discrimination against

plaintiff for no legitimate purpose other than discrimination against

plaintiff on the basis of his race, religion, color, ethnicity, alienage,

ancestry, national origin and/or because he perceived to be black,

Muslim and has a Muslim name.

114. For years plaintiff found the most notorious, oppressive, abusive,

and intrusive surveillance as very embarrassing and distressful but it's

very difficult and unbelievable story to share with people. On the top of

the tyrannical use of the technology plaintiff has been drugged like

research laboratory mice everywhere in a very secretive and corrupt

manners with depression inducing drugs, memory erasers, marijuana

,Opiates, and so on.

Having Put all these devastating burdens on plaintiff defendants

( FBI agents, Police Department , Sheriffs, State Troopers, local

undercover agents, FBI, CIA, and CIA undercover agents ) followed ,

harassed and intimidated plaintiff with three words : Anti-America,

potential terrorist, and mentally sick. As any reasonable and good

citizen it is very difficult for the plaintiff to mistrust men and women

who take the very risky job at the cost of their lives as their civic duty

to their country. Plaintiff also took into account the challenges of

terrorism and mentally disturbed individuals and sympathized with

their causes at the cost of plaintiff tortures, and persecutions and

eagerly waited for defendants to figure it all out. Defendants never backed off and they relentlessly continued on plaintiff's persecutions, tortures, degradation, denigrations, invasion, humiliation, and dehumanization making disabling the plaintiff their ultimate objective in order to avoid the responsibility for their wrongful actions and move forward with hot businesses and Nazi stylish researches associated to plaintiff's premeditated tortures and persecutions at no cost to the defendants. All plaintiff's claims are traceable, testable, and verifiable from the most notorious, abusive, oppressive, and intrusive defendants' surveillance itself. It is beyond doubt that plaintiff has been targeted just because of plaintiff's talents, perseverance, political opinions, academic projects, academic curiosity, academic strength, characters, race, religion, and country of origin.

Obviously, the name callings are used to move business interests, persecutions, and researches forward at expense of plaintiff and plaintiff's family. Specifically speaking, name tags like potential terrorist and anti-America are used to seal up America's generous, kind, and gentle hearts, and to legitimize the premeditated tortures and persecutions as it has been happening under public watches.

Name tag mentally sick is used to drug plaintiff everywhere like

research laboratory mice without plaintiff consent in a very hidden and

corrupt manners ; defendants also drugged plaintiff at public facility

to assassinate his true character and lower his visibility. However, the

idea that plaintiff's own protectors live on plaintiff's tortures and

persecutions is very terrifying ; plaintiff has four little kids to raise in

this great and beautiful country of ours and it's very haunting and

daunting for years to come.

115. Defendants have not only fully deliberated to torture and

persecute the plaintiff to silence plaintiff , delay, and deny justice to

plaintiff and plaintiff's family but defendants also used public

entrusted political power to retaliate against the plaintiff's protective

activities. Every time plaintiff acted to protect himself it results in job

loss or other mistreatment. Plaintiff has lost the following professional

jobs due to defendants' wrongful actions and retaliations :

a). Defendants told plaintiff recruiter that plaintiff couldn't do

the job during plaintiff's employee health screening. On plaintiff's first

day to job training they told plaintiff coworkers that plaintiff is so hard

to train. On 05/15/2013 defendants stole plaintiff's wallet while plaintiff

was at the local library. On 05/19/2013 defendants harassed plaintiff through email. Even if plaintiff used to work under abuses and harassments before March 22,2014 where plaintiff was injected with unknown live germs, plaintiff had been working 72 hours per week in two different labs. On March 26,2014 plaintiff filled out ACLU complaint form and dropped off at Neosho USPS; it resulted in more attempted assassinations and job losses. Please see the attached document B1-B10 in 19-cv-292.

   b).   In August 2014, plaintiff got job at National Marrow donors located in New Brighten, MN. Soon plaintiff got there the most notorious, abusive, oppressive, and intrusive surveillance and attempted assassinations and plaintiff's closeness to death communicated to plaintiff's coworkers. Coworkers very often get together to watch surveillance and throw out all kinds of offensive comments against the plaintiff . FBI undercover agents who come in usually speculates when plaintiff going to die; based on their calculation plaintiff was supposed to die on labor day of 2014. Plaintiff didn't die on labor day and then FBI undercover agents had to take further action which was using laser light as a tool of assassination.

Plaintiff reported the incident to both manager and supervisor on

September 17,2014 ; please see attached document C in 19-cv-292.

Right after plaintiff reported the incident , plaintiff was told that

plaintiff's last day to work there was September 27,2014. Even before

light flush plaintiff couldn't stand nudity and plaintiff always felt as if

he was standing naked among coworkers. Most of female coworkers

make fun of plaintiff's sexual activities and body, it was really

distressful. Before plaintiff left the job plaintiff asked both manger and

supervisor if they would be willing to work with coworkers naked and

both responded," No" . When plaintiff says , "Why me then?" , the

manager responded , "It depends on the situation."

    c). In Feb 2015 plaintiff got professional job at May Clinic Health

Systems located in Mankato Minnesota ; from the very first contact

plaintiff perceived how much he was exposed but he decided to keep

quiet and go on to his duty hoping that things will change. Watching

the most notorious, oppressive, intrusive, and abusive government

surveillance was daily rituals for many of his coworkers ; plaintiff was

very eager to learn about his career but people totally engaged in

discussion surrounding plaintiff's fiancée, sexual activities, attempted

assassinations, plaintiff compensation, and so on. Plaintiff couldn't

stand nudity and felt extremely shy even to see his female coworkers

into their eyes. Plaintiff found the coworkers' comments as offensive

and reinforcing nudity upon him. After some patience plaintiff reported

work place harassments due to defendants' reckless actions to Mankato

Police Department on March 12, 2015. Nothing changed regarding

plaintiff's work environment and plaintiff made similar report to

Mankato Police Department on March 20, 2015. On March 30,2015,

plaintiff discussed the issue of publicly shared unlawful surveillance

and harassment with lab manager and supervisor while it was very

difficult for the plaintiff to explain that people watch his sexual

activities, and comment on his private body. Still nothing changed and

plaintiff reported to FBI for the second time on April 08,2015. Plaintiff

also reported to Saint Paul Community police officer on 04/08/2015 as

plaintiff and his family live in Saint Paul. Once again , On June 26,

2015, plaintiff reported to Mankato Police Department and it resulted

in his job loss. Please see attached document D1-D7 in 19-cv-292. For

above outlined reasons, plaintiff quit looking for his professional job

and went back to school to pursue his masters. While defendants

entertain plaintiff's tortures, persecutions, suffers, denigration,

degradation, humiliation, invasion, dehumanization,  and good paying

jobs that come at the expense of the plaintiff and plaintiff's family ;

plaintiff's fiancée  had been working 60 hours per week to survive.

Plaintiff had been working  two low paying part- time jobs, fighting the

defendants at the court, babysitting his kids full times, and pursuing

his school full times from early 2016 to May 2017. Even under the worst

conditions imposed by defendants plaintiff 's performance at school and

work was exemplary; please see attached document E1-E3 in 19-cv-292.

If it hadn't been for more than a decade long persecutions, tortures,

invasions, oppressions, abuses, false imprisonment, and assault of

defendants' plaintiff would have bettered himself, his family, and

contributed exemplary contributions to this great country and society.

On the top of these,  the notion that defendants that are entrusted the

power by the public including the plaintiff and plaintiff's family work so

hard to silence plaintiff , delay justice , deny justice,  and fail the

plaintiff and his family has shattered the confidence that plaintiff  had

in our justice systems ; plaintiff fears about his children facing similar

situations in this beautiful and great country of ours.

d). Regardless of what has been happening to the plaintiff and his family,  plaintiff strongly believes that failure is impossible in America for any reasonable, good, hardworking,  and law-abiding citizens of this beautiful and great country of ours. Plaintiff sought his professional jobs right after graduation and secured job with Fairview Health Services in September 2017. From day one Fairview Health Services employee engaged in discussion about plaintiff's most notorious, oppressive, abusive, and intrusive surveillance and plaintiff's  family relationships that defendants worked hard to tear apart. Plaintiff try to adapt normalized heinous crimes and he also worked hard to survive all kinds of harassments, and intimidations to make sure that he can provide his family and keep fighting to get his and his family's freedoms back. Both Lab director Mindy Nelson, and Lab Supervisor, Becca Rivers knew the details of the issues surrounding plaintiff including ongoing politically motivated tortures and persecutions. Lab Director , Mindy Nelson stated that leaders didn't want plaintiff justice and Lab Supervisor, Rebecca and Human Resource Representative Melanie also pointed out the government institutions just wanted to take advantage of plaintiff (control

plaintiff wealth, mind, and use him). They also knew that every single day plaintiff struggles to avoid food and drink sabotages. Plaintiff remembers days Becca River was saying to other coworkers, " They put him up there today." Most of coworkers at Fairview Health Services had been discussing about plaintiff sexual activities and plaintiff relationship. Every coworkers have access to the most notorious, abusive, oppressive, and intrusive government surveillance where they discuss about plaintiff's emails, text messages, private face to face conversations, over phone conversations, business meetings, and other private affairs. Another Veteran Coworker ,John K who has close relationship with the defendants and shared stories with plaintiff's evening shift Lab Supervisor, Maryjane with the very details of years of conspiracies; John says ,"They did all that to him to make him miserable." John further argues, "If they can do it why not." Defendants also work hard to sabotage plaintiff's foods and drinks ; plaintiff work so hard to avoid it. Plaintiff's evening supervisor Maryjane saw plaintiff using chewing gum and said, "He needs somebody to advise him; they did all that to him through chewing gums and other ..." ;

plaintiff now fears to drink coffee, tea, chewing gum, and eat foods of his favors just because defendants target the plaintiff through all these. Plaintiff is always careful, consistent, and focused in his job but defendants always work so hard to fail plaintiff (Drugs and microchips) by making him talk, sleep, make mistakes, and by having people harass and intimidate him. Fairview Health Services Cafeteria was also part of drugging and harassing and plaintiff finally complained about it. Like other work places Fairview Health Services also discharged the plaintiff for retaliation per defendants request in October 26,2018. Please see attached document F1-F5 in 19-cv-292. On the top of this , plaintiff was denied unemployment benefits and called mentally sick by Fairview Health Services and Minnesota Department of Employment and Economic Development. Please see the attached exhibition K (Minnesota Appellate Court case#A19-0295).

e). In September 2018,  plaintiff sought another job at Essentia Health to relieve himself from financial distress. Plaintiff got his professional jobs at Essentia Health on 10/01/2018 ;  On the same day during plaintiff's orientation at Duluth plaintiff was served pizza

with Marijuana. Employees Essentia Health started harassing the plaintiff from day one of employment with the very detail of the plaintiff's life and surveillance activities. There has never been a time when the plaintiff enjoyed his food, drinks, and time in Essentia Health  like any other coworkers. The plaintiff had been either verbally harassed or his foods and drinks actually sabotaged. Both Lab manager,  Sandra Mattson and Lab Supervisor, Matt Peterson knew the details of the issues surrounding plaintiff including ongoing politically motivated tortures and persecutions. They also knew that every single day plaintiff struggles to avoid food and drink sabotages. Plaintiff remembers days Matt Peterson was saying to other coworker, " They always make him eat or drink something." Most of coworkers at Essentia Health had been discussing about plaintiff's sexual activities and plaintiff's relationship. Coworkers including plaintiff's immediate  supervisor messes up with plaintiff's performances. Every coworkers have access to the most notorious, abusive, oppressive, and intrusive government surveillance where they discuss about plaintiff emails, text messages, private face to face conversations, over phone conversations, business meetings, and

other private affairs. Finally, plaintiff pushed out by creating hostile and inflexible work environment per defendants request. Please see attached document G in 19-cv-292.

116. In contrast to defendants' malice, businesses, live sell, movie productions, and researches driven intentionally projected negative views and conspiracies , the plaintiff's entire life has been a role model for many in his community. Plaintiff is very respectful and responsible individual in his community, schools, and workplaces. On 01/14/2019, the plaintiff elected with his community members to serve as Vice President of Oromo Community of Minnesota. In spite of the ongoing tortures, persecutions, abuses, state terrorism, oppression, discrimination, threats, harassments, intimidations, invasion, drug and software assaults , denigration, degradation, dehumanization, and humiliation ; the plaintiff always conducted himself as very responsible, good, and informed citizen. The truth speak to itself and the truth shall set the plaintiff free of all absolutely false and phony accusations. Years of premeditated tortures and persecutions had never changed how plaintiff viewed this great country and great society of ours , and plaintiff is always

proud to be an American. Plaintiff has always been very proud , productive, responsible, confident, and law abiding citizen of the US. Plaintiff has been always viewed very positively in his entire life and his academic and professional life in the US. In plaintiff's social life, plaintiff has been role model for his peers his entire life. In his academic life,  plaintiff has always been referred to as talented, disciplined, compassionate, diligent, detail oriented, thoughtful, empathetic, brilliant, visionary, skilled, and professional scholar. In his professional life, plaintiff has always been referred to as patient, flexible, approachable, responsible, skilled, very professional, respectful, courteous, pleasant, dependable, capable, honest, team player, and critical thinker. Please see attached documents (DocB3-B7, DocE1-E3, DocF1-F2, and DocH1-H9 in 19-cv-292). Above all, the noble idea of making this world a better place for humanity resonates in plaintiff mind than hating and acting against this great country and society that nourished and nurtured plaintiff. Defendants have been working hard to injury this great reputations to make the plaintiff inferior and use him like objects and slave for

businesses and Nazi stylish researches after murder attempts didn't end his life.

117. Plaintiff has no intention to injury the reputations of the defendants at all. As any reasonable and good citizen it is very difficult for the plaintiff to mistrust defendants ; plaintiff totally perceives defendants' staff members as his own and his family's protectors. Plaintiff seriously thinks each staff members of the defendants are men and women who take the very risky job at the cost of their lives as their civic duty to their country. Plaintiff also took into account the challenges of terrorism and mentally disturbed individuals and sympathized with their causes at the cost of plaintiff tortures, and persecutions and eagerly waited for defendants to figure it all out. After years of fears, patience and sympathy plaintiff directly communicated problems he has been facing to the defendants to give defendants chances to solve the problems even without involving the court.

Plaintiff first visited defendants (FBI Minneapolis Office) with his fiancée and two children in 2014 and explained the problems very well including the surveillance. Toward the end of 2014 plaintiff also contacted lots of elected officials in State of Minnesota and Federal

Government. Plaintiff has been contacting the following State and Federal Government Offices :

1. Minnesota Governors (Governor Dayton and Governor Tim).

2. Minnesota Federal Senators (Senator , Amy Klobuchar , Senator,  Al Franklen , and Senator ,Tina Smith)

3. Saint Paul City Mayors (Mayor Chris, and Mayor Malvin)

4. Saint Paul Police, Mankato Police, Wyoming Police , Duluth Police, Columbia Heights police, Minneapolis police, West Saint Paul Police, Maple Wood police, Burnsville Police, Roseville Police Minnesota Post board, Minnesota BCA, and so on.

5. Minnesota Attorney Generals (Lori Lawson and Keith Ellison).

6. United States Presidents (President Barrack Obama, and President Donald J Trump).

7. FBI and Department of Justice.

8. Director of FBI, James Comey,  and the United States Attorney General, Loretta Lynn.

9. Department of Home Land Security and so on to stop tortures and from insides and outsides. While plaintiff ninety percent of tortures and persecutions happened in Minnesota, the government of state of Minnesota decided not to respond to plaintiff struggle for life. Former Minnesota Attorney General commented the she was told it's not our problems and she disagreed. Current Minnesota Attorney General, Keith Ellison knew plaintiff case while he was United State Congressman in 2015. Current Governor of Minnesota , Tim Waltz vowed to respond if the federal government does not respond. However, there were not any actions , plaintiff and plaintiff family continuously suffered due to inactions or wrongful actions of both state and federal law enforcement agencies. Please see the attached exhibitions A and B in 19-cv-1718 and L1-L1.


118. Plaintiff has been facing tortures and persecutions both from inside and outsides through software, drugs, witchcrafts, verbal and physical harassments. Through software inside plaintiff body, both state and federal law enforcement institutions have been inflicting the following inhuman and cruel acts upon plaintiff :

66

1. Either deprive plaintiff sleep or force plaintiff to sleep excessively; they have been trying to make plaintiff sleep at work places and while plaintiff drives.

2. Either deprive plaintiff sex or induce excessive sexual desire ; they exhaust plaintiff's sexual desire when he wants to enjoy his fiancée and make plaintiff's genital erect for more than 30 minutes when his fiancée is not around ; they show him around naked for fun and to see how many women would like plaintiff for sex to impose sex slavery upon plaintiff like they did to his fiancée to corrupt her good conscious by using sex predators.

3. Forced plaintiff into temptations of saying something plaintiff doesn't want to say.

4. Deprive plaintiff normal breathing and normal heart beat.

5. Shake or ache plaintiff body to make him visit hospitals or clinics then terrorize him with false diagnoses such as paranoia, delusional disorders, adjustment disorders, anxiety, depression, and so on. They have been assaulting plaintiff with drugs and software in order to abuse him financially , deter him from eating, and make him call 911 or write

somewhere for help due to torture from inside . Please see the attached
exhibitions M1-M22, N1-N2 O1-O62 , and P1-P50. plaintiff knew that
all physicians knew what plaintiff complained about. Plaintiff has never
discussed about positive depression with any of physician he visited.
However, after defendants (both state and federal) surrogates followed
plaintiff and insulted plaintiff with the word crazy and psyche after
defendants realized that plaintiff is going to pursue defendants ;
Plaintiff consulted plaintiff fiancée on visiting psychiatrist to make
sure he got clear back yard and plaintiff requested evaluations
complained about ongoing exposure, monitoring, and harassments .
The first Psychiatrist plaintiff visited pointed it out as cultural issue
plaintiff and wrote impression as environmental stressors (racism
plaintiff assumed) but law enforcement undercover agent visited the
psychiatrist right after plaintiff left. In 2015 , when plaintiff visited a
physician at Mayo Clinic Health System , female undercover agent
visited the physician a head and told physician that defendants already
decided to serve plaintiff justice but plaintiff is spreading defendants
brutality. Everywhere plaintiff went similar situations happened.
Plaintiff understood that Physicians work with defendants to help

people with special needs (Mentally sick, PTSD, and so on) by abusing, torturing, terrorizing, and persecuting plaintiff by presenting plaintiff as such and treating plaintiff as such. Plaintiff has been hundred percent honest with his life style but kept quiet for a while about the technology until he gets to the bottom of it; however, physicians and social workers were lying on purpose to support defendants, researches, businesses, movie productions, political cover-ups, torture and persecutions of plaintiff. In consistence of impressions or false diagnoses is real evidence. Please see the attached medical records.

6. blur plaintiff vision and slightly impair plaintiff hearing.

7. Seduce plaintiff to Caucasian women and read the mind of plaintiff to people for fun and to motivate hate crimes against plaintiff. Defendants make money out software assault show by torturing, defaming, endangering, and persecuting plaintiff.

8. Make plaintiff feel female genital organ in his mouth.

9. Seduce plaintiff to his own little and beloved daughters and make fun of it through reading plaintiff mind to people.

10. Attempt to stop plaintiff from practicing his faith such as prayers and fasting Ramadan. Defendants have been scaring plaintiff from practicing his faith from inside.

11. Making plaintiff feel as if someone is having anal sex with him.

12. Frowning plaintiff face and making him shy and odd in public events.

13. Attempting to communicate with plaintiff in the head and trying to remind plaintiff past bad experiences.

14. Making plaintiff uncomfortable around women in his community and women that look like women from his community.

15. Searching and reading plaintiff brain ( unheard fourth Amendment violations in the U.S ., and torture at the same time).

16. Try to tell plaintiff stories that may force plaintiff burst into tear.

17. Making plaintiff feel as if he is walking in areas full of pup or lying in the pup.

18. Try to distract and make plaintiff forget things.

19. Intercept plaintiff speech.

20. Try to make plaintiff anxious and angry.

21. They try to make plaintiff pup on the top of President Donald J Trump.

22. They try to seduce plaintiff to female senators and congresswomen ; then laugh at him.

23. They try to terrorize plaintiff by making him feel handcuffed or point pistol at his head or chest.

24. They try to make plaintiff  shout from inside with the software and with witchcraft.

25. They numb plaintiff to the point he feels he is going to die.

26. They either amplify or shorten plaintiff hearing capacities; they talk him in the head as if people talk to him as they drive by. Plaintiff look around and confirm as true in some case and confirm as false in some case where he finds a single driver in the car and no one talk to each other. Some of the above state feeling are confirmed to be true by the third parties too. For  example,  Senator ,Amy Klobuchar , tell her campaign crowd  that law enforcement institutions have been playing

plaintiff heart; President, Donald J Trump National Security Advisor, John Bolton also suggested that law enforcement institutions should keep playing plaintiff heart which means they should keep reading plaintiff mind by inducing some thoughts in his mind. Plaintiff think very independently but they always try to induce some thoughts that plaintiff doesn't resonate with.

On the top of tyrannical of technology to torture and persecute, the law enforcement institutions have been using the following as tools of tortures:

1. **Drugs** : Plaintiff has been assaulted with different drugs (depression inducing drugs, memory erasers, opiates, sex suppressant, genetically engineered substances ( specific to plaintiff), and so on) ; law enforcement institutions have been using all these drugs to incapacitate plaintiff and deter him from exercising his constitutional and statutory rights; control and use his mind and share his wealth around. Having done these damages, they go around and tell false stories that plaintiff needs some help and they are helping plaintiff at Coffee shops, in his residence, at family house, public event, and restaurants by secretively assaulting him with drugs. His extended family and his fiancée secretly

participated in these conspiracies because they have been promised plaintiff wealth. In part, plaintiff extended family and plaintiff fiancée played into the game because defendants presented plaintiff as a coward who betrayed his faith for money, fame, and so on while defendants have trying to convert plaintiff from inside.

Both Minnesota and the United States legislative and executive branch of government have been fully aware of these tortures and persecutions but they were deliberately protecting Nazi stylish researches, businesses, movie productions, control of wealth, control of power of reasoning, political cover ups, and so on.

2. **Witchcrafts** : in some cases they have been using witchcrafts to deceive plaintiff perceptions and switch grocery stuff around put some poisoned stuff while plaintiff shops.

3. **Physical and Verbal harassments** : Law enforcement institutions staff members go to schools, work places, community centers, and public events and present plaintiff as anti-America, potential terrorist, and mentally sick to terrorize plaintiff; alternatively to legitimize their harassment and intimation for hatred, researches, businesses, control

73

plaintiff from using his reasoning power, defamation, deterring

plaintiff from exercising his rights, movie productions, political cover-

ups, and so on.

All these constitute serious inhuman or cruel actions or tortures;

furthermore, Charlie Rose, prominent CBS media anchor commented

that 40,000 people suffer from these kinds of tortures in the US and

David Muir ,ABC media anchor also commented that he knew some

people who are suffering from similar tortures within the US.

President Donald J Trump commented about approving torturing

Muslims ; plaintiff and plaintiff family have been tortured and

persecuted for years and years. Therefore, plaintiff and plaintiff family

are victims of wrong , unlawful, malicious, and abusive policies of

President Donald J Trump . Please see the attached exhibitions E1-E40

in 19-cv-1718 . The State of Minnesota aligned with these conspiracies

against law and citizens including plaintiff and plaintiff family and

reluctant to act in protection of plaintiff and plaintiff family.

Plaintiff has been hundred percent sure that for years, many of

coworkers, instructors, classmates, proctors, and the general public

have been discussing about plaintiff's being on international terrorist watch list. Plaintiff has also been referred to as a cable guy, radio show guy, the digital show kiosk, and the dish guy. Defendants and general public have access to plaintiff's face to face conversations, phone conversations, text messages, emails, business meetings, and so on. It is very terrifying , daunting, and haunting for plaintiff to know that defendants use public entrusted power to torture and persecute ordinary and law abiding citizens for researches, businesses, control of wealth and mind, entertainment, movie productions, political cover-ups...etc.

119. When general public ashame, harass, and intimidate plaintiff with the very detail of his life such as sexual life : his heart pounds out of his chest and his head freezes like a dear in the headlights, plaintiff shivers like a frightened horse and drips cold sweat being paralyzed by shame and fear of nudity (walking naked in public ); alternatively, defendants use software to control plaintiff's body movements and change plaintiff's mood whenever they want.

120. Plaintiff , Gamada Ahmed Hussein, and his family (his fiancée and four children) occasionally go to health care facility to seek care;

defendants get samples from health care facilities and use them for different experiments including DNA tests. Of course, the plaintiff and plaintiff's family consented to disclose their medical records to hospital doctors knowing that all health care workers are signatory of HIPAA. However, defendants conduct illegal experiments and use the findings as a tool of harassments at plaintiff work places. Here are some of the evidences that show defendants have been misusing medical records and collected samples for experimentations and abuses:

a). In year 2011 and 2012, the surrogate of the Defendants (Teaching Specialist at the University of Minnesota) was contending about kicking plaintiff out of school to trigger TB by exposing him to tremendous stress. Plaintiff knew that plaintiff's Mantoux test was positive and its due to immunization in Ethiopia but FBI agents were trying to use plaintiff's medical record to harm him. Plaintiff shared these concerns with physicians. Please see the attached exhibitionM1, M2.

b). In November 2013, plaintiff went to nearby clinic for physical checkup. FBI agent followed him to the clinic and took the sample from the clinic and conducted an unauthorized tests on the plaintiff and

shared the results with coworkers at two different facilities. Among comments shared with coworkers were that plaintiff still as healthy as a horse but the plaintiff's telomeres are short. Of course, the defendants have been poisoning the plaintiff with different carcinogens, and defendants were testing the length of telomeres because the test could be an important predictor of increased danger for a range of disorders, from cancer to cardiovascular disease and type 2 diabetes.

c). In September 2014, plaintiff visited hospital for laser light flushed into his eyes. Local police and FBI agents followed the plaintiff to the hospital and took sample from the hospital and did another round of DNA analysis. This time defendants shared with coworkers that the plaintiff will die of liver or heart disease.

d). In March 2015, in one of the hospital the plaintiff was working at (Mayo Clinic Health System ,Mankato ), FBI agents told coworkers that plaintiff's fiancée has Strep B. Plaintiff was shocked to the extent the defendants were involved in plaintiff's and plaintiff's family private affairs; the plaintiff reported to both state and federal law enforcement agencies. However, reporting the crimes resulted in plaintiff's job loss.

77

e). In April 2017, plaintiff's fiancée had the fourth baby at a nearby Hospital. Soon after plaintiff's fiancée delivered Ramsey County Sherriff came to birth place and took a sample from health care workers. In that same month a police officer's spouse from Minnetonka who was attending MA class with plaintiff was sharing paternity test result with other classmates stating that even if plaintiff's fiancée is cheater the baby still belongs to plaintiff . Plaintiff is very dreadful about how much impact these illegal experiments' result and stored DNA may have on plaintiff's career, public image, family life, and four little children now and in the future.

121. Plaintiff has been facing serious food and drink sabotages. On 12/31/2018 plaintiff planned to take Graduate Record Examination and stopped at Holiday Gas Station located on 1345 Marshall Avenue in Saint Paul MN 55104 for coffee and breakfast ; plaintiff's coffee was sabotaged plaintiff felt dummy the whole day and it resulted in a low test score. Plaintiff first talked to store supervisor and then called 911; a white male officer and an Asian female police officer arrived at the scene. The male police officer asks "Why they don't solve his problem?" the female Police Officer responds, " They fear for his safety with all

that money ...." Plaintiff already knew that law enforcement institutions ( Department of police, Sheriffs, State Troopers, local undercover agents, CIA, CIA undercover agents, FBI, and FBI undercover agents) have been selling his and his family's safety and security for money. There is no reason for watching plaintiff and plaintiff's family other than money, hatred, fear of responsibities, and accountability. Please see attached document N1-N2 in 19-cv-292. In another occasion plaintiff had his dinner at Big Marina Grill and Deli located 4755 Central Ave NE, Columbia Heights, MN 55421 on January the 4th 2019. Plaintiff felt terrible after meal and he called 911; African American police officer arrived at the scene and plaintiff explained the situation to the police officer. As plaintiff was leaving the restaurant, the cook asks the police officer, " He already knew all his problems and we all know ; why they don't solve his problems." the police officer replies, " They didn't want to mess up with him." In contrast, plaintiff believes that law enforcement institutions ( Police department, Sheriffs, State Troopers, local undercover agents, CIA, CIA undercover agents, FBI, and FBI undercover agents) who lived on plaintiff tortures and persecutions for years didn't want to lose their jobs and FBI (defendants

) are also always reluctant to serve justice to plaintiff and plaintiff's because they are blacks, Muslims, immigrants, and plaintiff stood up for his and his family's rights . Plaintiff fears possible entire family poisoning as defendants doing everything they could to cover up the crimes, control wealth and mind of plaintiff.

122. Plaintiff has been fighting the crimes most Americans knew from 24/7 surveillance . Defendants want to keep these criminal acts alive per distortion that plaintiff is a problem solver and the general public can learn from plaintiff. In reality, defendants are trying to save their decent pay checks, and avoid responsibilities of doing all these heinous crimes to plaintiff; literally, defendants are determined to have tortures as a job, tortures for businesses and Nazi  stylish researches without any legal consequences. In some scenario, defendants want to make plaintiff's extended family  in charge of plaintiff's  life by deceiving plaintiff's family with money (unlawful researches and businesses ) and using misleading information while plaintiff is very rational, capable, confident, pragmatic, and decisive in making any consequential decision at all highest possible levels.

It's obvious that defendants have been making plaintiff suffer from drug and microchips (induced depression, anxiety inducing drugs, odd feelings, and electronically altered moods) but at no time plaintiff lost his rationality, confidence, sound judgments, capabilities, and good and sound mental and psychological status; plaintiff has all kinds of evidences to verify this at the court of law. Mistakenly, defendants believed if they bought plaintiff family and community with money and other benefits, plaintiff cannot put up with them as an individual. Plaintiff cherishes both collectivistic and individualistic cultures but he doesn't believe that he has to rely on his community to get his and his family's freedom, justice, and wealth back defendants. Defendants wished to keep plaintiff and plaintiff family the most notorious, intrusive, abusive, oppressive, and unlawful surveillance to produce more wealth out plaintiff and to torture and persecute him more to silence him.

Plaintiff deeply believes that individual liberties (rights to life, liberty, property...etc) are not compromisable in a free society and free country like ours; the US has legal system that protects individual civil liberties, plaintiff's and plaintiff's family individual Civil liberties are

not charities from general public, plaintiff community or defendants but both constitutionally and legally protected.

When defendants use these kinds of distortions to keep their pay check, avoid responsibilities, and keep heinous crimes going , plaintiff believes defendants are attacking the rule of law of this great and free society; defendants should be held accountable for eroding our rule of law.

123. The State of Minnesota conspired against plaintiff and plaintiff family constitutional and statutory rights in concert with the federal law enforcement agencies. Plaintiff has been fighting FBI and DOJ since 2016. The Court Proceedings listed in sequences as follow:

a). The District Court Proceedings (Case Number: 16-cv-780 SRN/SER) : Plaintiff filed Second Amended Complaint on 09/20/2016. On December 19, 2016, brief hearing held before Honorable Magistrate Judge Steven E Rau. On March 03, 2017 Honorable Magistrate Judge's, Steven E Rau, Report and Recommendation granted defendant's motion to dismiss petitioner's Second Amended Complaint. On May 10,2017, Honorable Judge Susan Richard Nelson overruled plaintiff's Objection

to the Report and Recommendation granting Defendants' Motion to
Dismiss, and dismissing Plaintiff's Second Amended Complaint.
06/16/2017 petitioner, Gamada A. Hussein filed Notice of Appeal to the
8th Circuit Courts of Appeals.

b). The Appellate Court Proceedings ( Case Number :17-2513) :  On
08/29/2017, Petitioner,  Gamada A. Hussein, filed his brief and
defendants filed their brief on 09/28/2017. On October 19, 2017 ,
Petitioner, Gamada A. Hussein, filed Reply Brief. On March 21,2018,
Honorable Circuit Judges: Colloton, Bowman, and Benton Affirmed the
District Court's judgments. On 04/26/2018,  petitioner, Gamada A.
Hussein filed,  a petition for Rehearing EN  BANC and Panel Rehearing
(FRAP 35 (b)(2) & 40 (1)(a,b,&c) ) responding  to Honorable Circuit
Judges' judgments entered on 03/21/2018. Once again , the Eighth
Circuit Courts of Appeal denied both petitions on 05/22/2018 and issued
mandate on 05/30/2018.

c). The Supreme Court of the United State Proceedings (Case Number :
18-619) : Petitioner, Gamada Ahmed Hussein filed a petition for a writ
certiorari of on July 28 ,2018 at the Supreme Court of the US. On
November 23,2018 the United States Solicitor Attorney General (the

respondent) filed waiver. Petition of a writ of certiorari distributed for the US Supreme Court conference on 01/04/2018. On 01/07/2018 the Petition for a Writ of Certiorari was denied.

d). Plaintiff filed another lawsuit against FBI and DOJ on 02/07/2019 (19-cv-292). Plaintiff is waiting for Court ruling.

e). Plaintiff filed a law suit against President of the United States , President Donald J Trump on 06/28/2019 (19-cv-1718).

In some of above listed fights defendants (FBI and DOJ) were able to delay and deny justice to plaintiff and plaintiff's family by denying publicly known facts and claims. FBI and DOJ also used plaintiff's lack of legal expertise , poverty, techno-tyranny, and drugs to silence plaintiff , delay, and deny justice to plaintiff and plaintiff's family (fiancée, and four children). The state of Minnesota has been given ample time and notices to back off from conspiring in concert conspiratorially against constitutional and statutory rights of peaceful and law abiding citizens. However, there were not any responsible responses yet. Thus plaintiff filed lawsuit against the state of Minnesota now.

124. In this beautiful and great state of Minnesota free enterprises and free people live together. Plaintiff's academic work, life stories, character, money, talents, and time belongs to the plaintiff but defendants have been using all these properties without plaintiff's consent or without plaintiff doing anything wrong that could result in confiscation of his properties. Defendants have been making businesses at the expenses of plaintiff tortures and persecutions; plaintiff wants defendants to fully disclose those businesses to the court of law. Plaintiff has never given up the right to sue defendants until he fully recovers his properties.

125. In any society of laws, nobody can subject any peaceful and law-abiding citizens to experimental and observational researches at the expense of tortures and persecutions. Defendants subjected plaintiff and plaintiff's family to Nazi stylish observational and experimental researches. Plaintiff wants full disclosure of those researches to this court of law.

126. Defendants intentionally interfered with plaintiff life plans in every aspects so many times; his kids starved, under nurtured, suffered due to lack of sustainable life plans as defendants always retaliate

against plaintiff for standing up for his rights and his family's rights.

Defendants are liable for aborting plaintiff plans and exposing

plaintiff's family to starvation, poverty and suffer.

127. Defendants confined plaintiff in a digital prison willfully and

intending to confine plaintiff without plaintiff consent and without

authority of law; the confinement is without probable cause and

warrant. Plaintiff is aware of such confinement since 2008 and feared

for his life to call it confinement; as he heard that defendants were

alleging that plaintiff's knowing and talking about surveillance is

threat against national security. Through such confinement plaintiff

deprived of sex, normal breathing, , normal speech, normal body

movement, normal mood, normal feelings, normal body function, and

normal heartbeats. Plaintiff's kids and fiancée are also confined in

digital prison and watched 24/7 since 2011. Plaintiff heard Rhonda

,coworker at Fairview Health Services discussing with another

coworker ,John K that defendants have been trying to make plaintiff

kids dumb. Plaintiff also heard that defendants were scared of plaintiff

passing his smartness to his kids when he was attending MA classes at

the University of Saint Thomas. Even though plaintiff believes that

there is no innate and genetically transferable knowledge ; the story made him seriously concerned about his four little ones being future target. To sum up, defendants confined plaintiff and plaintiff family without probable cause ,warrant, and legal authority; the confinement is up to date. Therefore, defendants are liable for confining the plaintiff for more than a decade without probable cause and warrant and confining his family since 2011.

128. Defendants have been selling plaintiff's and plaintiff's family security and safety for both malice and business interests; plaintiff and plaintiff's family are extremely exposed locally, nationally, and internationally. Defendants are liable for recklessly and maliciously exposing plaintiff and plaintiff's family safety and security for their own financial interests and political cover-ups.

129. Defendants exposed plaintiff's immediate and extended family too ; they tried to find dirt on plaintiff as if they were his political competitors and used that dirt to tear entire family apart. while they used drug and software assaults to make plaintiff odd; they were telling plaintiff family that plaintiff is coward, dirty, crazy, disrespectful, and invaluable. Defendants were exposing the above

87

stated descriptions locally, nationally, and internationally; plaintiff family suffered from shame, defamation, and emotional distress. Defendants did this with full intentions of tearing family apart and defaming the entire family just to cover up their wrong doings. Therefore, defendants are liable for tearing family apart and the damages they caused to plaintiff's immediate and extended family.

130. Defendants were misleading plaintiff's immediate family, extended family, and entire community by presenting plaintiff as coward, crazy, and invaluable and then tried to buy plaintiff with his own money; literally defendants tried to buy plaintiff with his compensation money and with the money that come out of his tortures and persecutions in order to use plaintiff like object, slave, and research laboratory mice by torturing and degrading plaintiff with drugs and software assaults. Assassinating the character of plaintiff and trying to buy plaintiff for businesses and researches use with money constitutes slave trade. Defendants are liable for attempting to enslave plaintiff and engaging in slave trade.

131. Plaintiff noticed through years of experience that defendants have full control over plaintiff's sexual desires; defendants have been able to

increase, decrease, or exhaust plaintiff sexual desire through drugs and microchips. When they increase sex desire defendants tell the public that plaintiff is sex offender and that is why we did all these to him; defendants also purposely deprive plaintiff sex to lease his fiancée to groups of sex predators. When defendants exhaust plaintiff's sex desire; defendants present plaintiff as dumb who doesn't even know how to sleep with his woman and then their surrogate community members ask for volunteers who can sleep with plaintiff's fiancée. Plaintiff reasonably suspects that defendants might have microchips in his fiancée's body too; defendants and their surrogate community members were able to manipulate her with sex and force her into prostitution and make her make some very poor and consequential choices. As plaintiff fights his fiancée back so bad to protect his children from sex predators ,defendants succeed in creating conflict between plaintiff and his fiancée ; finally, defendants used sex, conflicts, shame, and money to turn the two victims against each other. Defendants further tried to dismantle plaintiff family with intentions of separating plaintiff from his beloved children and fiancée. Defendants are liable for

deliberatively disrupting family relationships and turning the victims against each other. Please see document O1-O2 in 19-cv-292.

132. Defendants and their surrogate community members wanted to present plaintiff as incompetent individual who cannot run his own day to day business because they wanted silence plaintiff, delay, and deny justice to him and his family while they use money that comes out of his torture and persecutions for their own purposes. The truth is self-evident that even under tortures, and persecutions plaintiff has been responsible individual ; he always handled his business very responsibly even in a very bad situations. The above stated descriptions constitute corruption, robbery , irresponsibility, unaccountability, and lack of transparency ; defendants and surrogate community members were able to present plaintiff as such by using drugs and software assaults. Therefore, defendants and their surrogate community members are liable for the extended period of times that plaintiff and plaintiff's family tortured and persecuted continuously for the sake their shared interests without regard to plaintiff and plaintiff's family Constitutional, and statutory rights.

133. Defendants can read and mess up with plaintiff's complaint as he writes on his laptop ; defendants have also capacity to delete or replace the contents of the plaintiff's complaint anytime they want. Defendants are liable for trying so hard to deter plaintiff from seeking justice or legal remedies.

134. Defendants confined plaintiff in a digital prison willfully and intending to confine plaintiff without plaintiff consent and without authority of law; the confinement is without probable cause and warrant. In the confinement plaintiff deprived off sex, normal breathing, , normal speech, normal body movement, normal mood, normal feelings,  normal heartbeats, normal body function,  and have millions watch  him. Defendants further infected plaintiff with fungus, assaulted with drugs,  and called him crazy and sex offender to deprive him the joy and pride of life and lower his visibility per assumptions that White girl or white woman would like him and date him ; defendants did all these to plaintiff because plaintiff is black male , has black skin,  Muslim, has Muslim name,  and is originally an immigrant from poor country (Ethiopia). The above stated descriptions constitute hate crimes under color of law ; defendants are liable for committing

91

hate crimes against peaceful, and law-abiding plaintiff under color of law. Please attach document P in 19-cv-292.

135. Defendants also use plaintiff as a tool to spike on the masses by having them watch and track him around ; the mass surveillance specially focuses on Muslim Americans. The US is a country that respects civil liberties and privacy of its citizens , both state and federal law enforcement agencies (Local Police, Sheriffs, State Troopers, Local undercover agents, CIA, CIA undercover agents , FBI, and FBI undercover agents ) are hired and entrusted by the public to enforce these laws. Contrasting the reality, our law enforcement institutions break our civil liberty and privacy laws just for the sake of surveilling, spiking , and controlling the masses. Therefore, defendants are liable for breaking our laws under color of law and invading civil liberties and privacies of law abiding citizens including plaintiff and plaintiff's family.

136. Defendants fully determined to make plaintiff crazy by drugging , assaulting him with software , labeling him as such , and presenting him as such just for researches, businesses, movie productions, live sell, control of plaintiff wealth and mind, and political cover ups.

Defendants scared of the truth about putting plaintiff and plaintiff's family in the most notorious, intrusive, abusive, and oppressive surveillance just because of plaintiff's and plaintiff's family race, religion, country of origin, and so on. Defendants always try to either drug or assault plaintiff at convenient stores, restaurants, buffet to starve, torture, terrorize, abuse, persecute, and make him crazy in order to get away with years of tortures, persecutions, and his wealth. When plaintiff call police for drugging activities police label him as a person in a crisis. When plaintiff goes to hospital defendants go after him and have health care workers call him paranoia, or a patient with delusional disorder . Please see the attached exhibition M1-M20. Therefore, defendants are liable for committing more crimes against plaintiff and plaintiff's family to date to get away with previous crimes and plaintiff wealth. Please see the attached documents (Q1-Q7, and N2 in 19-cv-292).

137. The state of Minnesota abandoned rule of law and acted in concert with the federal law enforcement agencies conspiratorially to enforce state terrorism on plaintiff and plaintiff family. Plaintiff and plaintiff family have been abused, oppressed, terrorized, impoverished,

assaulted with drugs and software , discriminated against, tortured,

persecuted, subjected to  unlawful experimentation, unlawful

surveillance , and forced to live in fear every single day to use plaintiff,

plaintiff family, and plaintiff wealth by force by scaring plaintiff from

fighting for his and his family rights and telling his true story.

Both state and federal law enforcement institutions suggested

that plaintiff and plaintiff story is going to make them terrible

institutions ; therefore, they can only use plaintiff, plaintiff family, and

their wealth by working with plaintiff 's  corrupt and efficient extended

family members  and community leaders . Alternatively, by torturing

and assaulting plaintiff with drugs and software; imposing sex slavery

on plaintiff fiancée. The state of Minnesota and President Donald J

Trump joined the conspiracies and used corrupt and efficient leaders to

terrorize plaintiff  and plaintiff family (fiancée and four children ) with

their wealth. The  law enforcement agencies of Minnesota played vital

role in assaulting plaintiff with software, drugs, witchcraft,  verbal and

physical harassment, and kicking plaintiff out of jobs. Furthermore,

making false diagnoses and trying to deter plaintiff from eating and

drinking at all. Therefore, the state of Minnesota is liable for torturing,

persecuting, and terrorizing plaintiff and plaintiff family for years and years. Please see the attached exhibitions: M1-M20, P1-P50, and O1-O62.

138. The state of Minnesota aligned with the federal government law enforcement agencies and embraced the nazification of state of Minnesota. As an immigrant who joined this great and beautiful society and had four children in here ; plaintiff wants the United States of America to be the best and safest country on the face of the Earth forever. The United States is not only homeland  for plaintiff  but it's natural homeland for plaintiff beloved for angels (four children).

Over time , plaintiff noted Nazification process in the State of Minnesota as listed below  : 1.  police, sheriffs, state troopers, and local undercover agents were part of plaintiff tortures, persecutions, drug and software assaults, discriminations, oppressions, enslavements, mind control , state terrorism, labeling, harassments, and intimidations for more than a decade.

2. At school the above stated institutions along with federal law enforcement agencies were forcing plaintiff to score law in subjects of

his future career interests (Organic Chemistry, Microbiology, genetics, and sciences in general).

3. In Spring 2011 while plaintiff was taking BIOL 4003 with professor Nathan , instructor Nathan was demonstrating how IQs are decreased for black populations in calculation and then tells the class that blacks are not good for governance (President Barrack Obama was president of the United States at a time). Nathan further tells story that Richard Lynn stated that he became smart because he worked with whites; later on, he showed his white wife and children to the class with intent of saying this good breed and follow my footsteps. Plaintiff class mates laughed at him and then the story ended.

4. Law enforcement agencies staff members (police, sheriffs, state troopers, and local undercover agents ) and surrogate extended family members and community members worked so hard to exhaust plaintiff academic curiosity and strength to deter him from discovering something new just because plaintiff is black, has black skin, Muslim, has Muslim name, and an immigrant. To date they are deterring plaintiff from using his reasoning power, time, talents, and wealth to reach his maximum potential.

5. Plaintiff has been reporting crimes since 2015 but the police department and state Attorney General Office never took responsible actions. Please see exhibition P1-P50, and O1-O62.

6. While plaintiff and his family are in the most notorious, abusive, intrusive, and oppressive surveillance physicians and other health care workers write-up false diagnoses to terrorize and pathogenize plaintiff to cover up ongoing Nazi Stylish Researches. Plaintiff assured himself that always law enforcement agents go to hospitals and clinics to ask for help from physicians. Pathogenization and name calling to legitimize Nazi Stylish researches , as stated in the complaint plaintiff has been called mentally sick, potential terrorist, and anti-America for years and years; all physicians knew that plaintiff didn't have any health issues but the research has been  going on. Just like Nazi Germany Doctors , doctors dare to falsely call plaintiff paranoia and a patient with delusional disorders while they surely knew that plaintiff claim is true.  Please see the attached exhibition M1-M29.

7. In numerous occasions plaintiff has been called smart person. In numerous occasions his kids' potential to be smart and the need for intervention mentioned. Now the state controls wealth and mind of

plaintiff to impoverish, expose to disease, deprive good nurture and

training,  and  expose safety and security of plaintiff children to lessen

that assumed likelihood of being smart. Please see the attached

exhibition L1-L4. All these signals real symptoms of nazifications and

plaintiff found it very terrifying, haunting, and daunting as he already

planned to raise his kids in their home state of Minnesota.

8. Plaintiff noted that law Enforcement Institutions' Staff  Members

were coming to work places and assuring that they are hired to protect

white populations and whites should not worry about facing what

plaintiff and plaintiff family faced in the United States.

9. They were also coming to work place and assuring coworkers that no

one is going to get trouble for mistreating plaintiff.

10. Some coworkers officially discuss that our law enforcement

institutions use minorities for researches and how plaintiff himself is a

research subject to date.

11. Law enforcement institution leaders were able to scare lawyers from

taking plaintiff case by alleging that plaintiff case is national security

issue; they neither  want plaintiff to claim his wealth nor solve his

problems , they are determined to use plaintiff and plaintiff money by torturing him from inside. Even President Donald J Trump tried to terrorize plaintiff by showing national security team meeting ; plaintiff doesn't want be national security issue for exercising his constitutional and statutory rights and for his wealth as well. Fox news media anchor, Kelsey Carlson suggested that law enforcement institutions like to control good people referring to plaintiff ; the idea that government institutions control plaintiff for his reasoning power and wealth after years of abuses revealed on them is very terrifying, daunting, and haunting to raise very confident and proud Americans unless ruthless and reversing actions are taking by the court of the United States.

12. Plaintiff fiancée has been sexually abused by sex predators hired secretly by law enforcement institutions to the point she feels suicidal (feeling religiously guilty ) ; she shoved her hair and lost her teeth, and now her wellness is in a very serious situation . Please see the attached exhibition A in 19-cv-1718. The government plays with plaintiff and plaintiff family wealth ; plaintiff children and his fiancée have been facing serious health and life issues.

13. Undercover agent even told plaintiff to dump his fiancée. When plaintiff refused to take all these gestures ; they fully engaged in leasing plaintiff fiancée publicly to demonstrate that whoever refused to obey their power abuse and bigotry would face such punishments.

14. They completely counted on technology and drugging and scared plaintiff around by stating that plaintiff truth is true only if law enforcement institutions confessed what they are doing inside the plaintiff.

15.  Police officer from West Saint Paul police department whispered to another person that plaintiff is of top clearance but letting plaintiff go with all that wealth is an issue.

16. Plaintiff and plaintiff family have been the victims of Nazification processes.  Plaintiff and plaintiff family have been under very oppressive, intrusive, and abusive surveillance to date. Plaintiff has been assaulted with drugs and software for more than a decade for unlawful experimentations, businesses, political cover-ups, movie productions, entertainment...etc. Plaintiff and Plaintiff family DNA information stored and they are subject to illegal experimentation. law enforcement institutions staff members have been struggling to

dismantle plaintiff family by all means possible. Plaintiff and plaintiff family have been publicly falsely pathogenized.

17. Plaintiff and plaintiff family tortured, persecuted, invaded, oppressed, discriminated against, defamed, impoverished, enslaved, silenced, denied access to justice and their wealth to demonstrate to the general public that blacks, Muslims, immigrants, descendants of immigrants, minorities who stand for their constitutional and statutory rights would be kept powerless so that they cannot protect themselves from bigotry and Nazification. Defendants did all these under public and world watches to plaintiff and plaintiff family to deter minorities from pursuing them legally. This entail that defendants can do anything to peaceful and law abiding citizens due to their faith, race, color, ancestry, and country of origin and get away with it. Obviously, State and federal law enforcement agencies doing all these to peaceful and law-abiding citizens in public watches is a Chrystal clear road map to Nazification. Unless the Courts of the United States take immediate, reversing, and deterring actions defendants have been endangering, eroding, betraying, and assaulting the rule of law and democracy.

18. The law enforcement agencies aligned with different researchers and they imposed emotional and financial distress upon plaintiff and plaintiff family to find out how much stress will deprive humans their wellbeing. The game is to continue committing crimes until plaintiff and plaintiff family incapacitated and then they share their wealth around. Plaintiff has been very concerned that if decisive and reversing actions are not taken by the Court of the United States , plaintiff and plaintiff family would be the first and double victims of the ongoing unlawful and abusive policies of the Nazification processes of state of Minnesota.

139. The state of Minnesota rejoined federal government agencies in imposing slavery on plaintiff and plaintiff with plaintiff and plaintiff family wealth. Thirteen Amendment states, " neither slavery nor involuntary servitude , except as a punishment for crime whereof the party shall have been duly convicted , shall exist within the United States , or any place subject to their jurisdiction." Contrasting Thirteen Amendment plaintiff and plaintiff family have been enslaved with their wealth and used like objects in a very abusive and

disrespectful manners just because they are blacks, Muslims, immigrants, descendants of immigrants, and plaintiff determined to exercise his and his family's (fiancée and four children ) constitutional and statutory rights . Some People even tell plaintiff that he should just change diaper and head down people are going to be in charge of his life. Apparently, defendants used drugs, software, corrupt and efficient leaders to make  plaintiff fiancée sleep with sex predators to control plaintiff wealth and his fiancée.

Plaintiff has been whipped in the head with drugs and software to enslave him and make him usable like object. Plaintiff fiancée has been also forced into prostitution (sex slavery). Plaintiff and plaintiff family have been sold live without their consent. Plaintiff  and plaintiff family have been used as follows :

1. As a role model for kids in general because plaintiff is highly disciplined, hard working, optimistic, resilient, respectful, and responsible ; plaintiff noted when family show him to their  kids and say, "Do you want be like him."

2. Plaintiff also used for kids and people in special need ; people liken plaintiff to sick or people in special need to make them be like him. People send gift for plaintiff from around the world but defendants didn't want him to have the wealth.

3. Plaintiff works around clock but defendants make problems around his work, life, and everything ; this also watched by millions people as a play but wealth generated through these on behalf plaintiff is being hidden and in use by defendants and government.

4. Plaintiff fights criminal activities without being violent and by respecting the rules of law ; plaintiff used as a therapy for people who tend to be violent or commit crimes. wealth is generated through these for plaintiff but defendants and extended family members hide the wealth just because plaintiff won't remain in the most oppressive, intrusive, and abusive unlawful surveillance if he owned his wealth.

5. Movie being ran on plaintiff for his stories, character, academic works, and so on but law enforcement agencies (both state and federal) didn't want plaintiff to own his properties; the agencies used corrupt and efficient leaders with in extended family and community to hide

and control plaintiff wealth while making plaintiff, plaintiff children, and fiancée suffer to make them remain in the digital prison.

6. Plaintiff being used by social workers for his resilience, strength, patience, perseverance, and working around clock while law enforcement institutions and extended family members work to make him feel bad about himself to use his talents, wealth, health, academic works, and so on. This also generates wealth and defendants didn't want plaintiff and plaintiff family to enjoy their lives.

7. Defendants and surrogate community members have been working to tear plaintiff and plaintiff fiancée apart ; plaintiff knew software, drugs, crimes, people, and institutions involved and tolerated everything to free his fiancée from all these with patience. This also used as therapy for family having difficulty in working together when they face conflicts. This generated wealth too but defendants and extended family hide and control plaintiff and plaintiff family wealth.

8. DOJ decided to compensate plaintiff $8.3 million after tax but local law enforcement agencies' staff members used corrupt and efficient leaders to sabotage justice to plaintiff and plaintiff family ; in part they

wanted ran to movie on plaintiff by assaulting plaintiff with drugs and

software and share the money around. Defendants didn't want plaintiff

to collect his movie money and they are still hiding, controlling, and

using plaintiff wealth without permission.

9. Plaintiff has also been used by different faith groups for his academic

curiosity , characters, life stories, and so on. Plaintiff believes faith

groups has been tracking plaintiff around  and ran movie on him; the

faith groups also have been contending about sharing plaintiff money

around. Defendants played major role in playing everybody into these to

deter plaintiff from own his properties just because plaintiff is black,

has black skin, Muslim; has Muslim name and an immigrant.

10. Plaintiff also tracked and watched worldwide for entertainment for

his legal fights, character, stories, academic works, tolerance, resilience,

and so on; defendants. hide and control all these wealth from plaintiff .

11. Plaintiff being used by government (both state and federal) for

spying on the mass without plaintiff permissions or  plaintiff being

paid.

12. Plaintiff has also noted that sport groups watch plaintiff to grab strength of fighting giants (defendants); this also generates wealth but defendants hide all these from plaintiff .

13. A lot of people including Former Deputy Director of FBI, Andrew McCabe  stated that plaintiff being used in so many ways ; defendants hide all these and keep terrorizing plaintiff and attempt to systematically eliminate plaintiff and plaintiff family to share around their wealth.

14. Plaintiff  has also been used for businesses  or products advertisement as he is being tracked, and watched worldwide ; this generates wealth but defendants hide, control, and use plaintiff wealth.

15. Plaintiff wealth has been invested in different markets but defendants hide, control, rob,  and use plaintiff wealth and mind  ; even the President of  the United States stated that he is not going to pull plaintiff money out markets. In the history of the U.S. the idea of free people and free enterprise live together has been true but defendants have been conspiring against plaintiff  rights to life ,liberty, property, and pursuits of happiness just because of plaintiff race, faith, color,

ancestry, country of origin, and in part for standing up for his and his family's constitutional and statutory rights.

To the best of plaintiff knowledge no one in this world enslaved, controlled, abused, oppressed, tortured, and persecuted with huge wealth except plaintiff and plaintiff family. These are happening to plaintiff and plaintiff family because of their race , wealth, faith, characters, talents, resilience, stories , and country of origin (Ethiopia : poor country) within the United States in the State of Minnesota. The state of Minnesota never took responsible actions against this unheard repressions and slavery.

## CLAIMS FOR RELIEF

## CLAIM I

## Violation of the Fourth Amendment, Illegal Searches and Seizures

140. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein.

141. Plaintiff enjoys a liberty in his person, papers, documents, records, residence, and place of business against unreasonable

searches and seizures by the government without due process of law, as guaranteed by the Fourth Amendment to the U.S. Constitution.

142. At no time did defendants have probable cause sufficient to justify the searches and seizure of plaintiff's property, papers, documents, or records.

143. On the contrary, defendants acted with willful and knowing hostility against plaintiff by taking plaintiff's wallet on May 18, 2010, at HCMC in Minneapolis, searching and returning it to him after hours and again and again on May 15, 2013 at Newton Public library in Neosho, Missouri and this time they even did not return it, without his consent and without probable cause which constitute searches and seizures in violation of the Fourth Amendment to the U.S. Constitution.

144.    Defendants and general public access plaintiff's face to face conversations, phone conversions, text messages, emails, business meetings, and so on. Defendants also have absolute control over plaintiff's lap tops, phones, TV, and any other electronic device. without his consent and without probable cause which constitute

searches and seizures in violation of the Fourth Amendment to the U.S. Constitution.

145. Defendants have chips inserted into plaintiff's body and through inserted chips they deprive plaintiff sex, normal breathing, normal heartbeats, normal speech, normal body movements, normal body function, and normal mood. without his consent and without probable cause which constitute searches and seizures in violation of the Fourth Amendment to the U.S. Constitution.

146. Defendants search and read plaintiff mind to entertain their audiences; defendants search plaintiff mind for stories and information to produce movie out of it. Defendants also use these kinds of searches and seizures to terrorize plaintiff and silence him from speaking out and pursuing defendants legally.

147. Defendants search and sell plaintiff personal properties (plaintiff stories, character, academic work or achievements, talents, academic curiosity, resilience, perseverance, strive to always do good and be good) and they socially isolate him to prevent him from hearing about himself and his wealth from the public.

## CLAIM II

## Violation of U.S.C.§552(a)

148. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein.

149. Plaintiff enjoys a legally protected rights in his records and information kept by the government not to be disclosed without his consent.

150. For a period of more than ten years, starting in 2008, defendants have been disclosing plaintiff's records to his workplaces, supervisors, coworkers, schools, instructors, school officials, and classmates, in violation of the Privacy Act of 1974, which has been codified in U.S.C. §552(a), which *"prohibits the disclosure of a record about an individual from a system of records absent the written consent of the individual, unless the disclosure is pursuant to one of twelve statutory exceptions."*

151. Plaintiff has never consented to his private records to be disclosed and disclosure of plaintiff's records does not fall under any of the statutory exceptions; plaintiff requested the disclosure of his records to

himself from FBI, Department of Homeland Security, Saint Paul Police department, and BCA. They all denied the true record of plaintiff.

152. As a direct, foreseeable, and proximate result of said wrongful and unlawful acts of defendants, plaintiff has been suffering from humiliation, shame, despair, embarrassment, memories of more than ten years of tortures and persecutions, emotional distress, and economic losses. Therefore, defendants are liable to plaintiff for damages resulting from such unlawful and wrongful acts in an amount to be proven and determined at trial.

## CLAIM III

## Discrimination Under 42 U.S.C. § 1981

153. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein.

154. Over the course of the last ten years, Plaintiff has lost six professional jobs and employment opportunities for no reason other than interference of the law enforcement agents (Police Department, Sheriffs, State Troopers, local undercover agents, CIA, CIA undercover agents, FBI, and FBI undercover agents) either directly or indirectly

by forwarding false information about Plaintiff to his employers and/or potential employers.

155. Defendants have conspired against plaintiff and plaintiff family constitutional and statutory rights and intentionally engaged in unlawful and discriminatory practices against plaintiff on the basis of plaintiff's race, color, religion, ethnicity and/or national origin and violated his contractual obligation and tortuously interfered against plaintiff's existing contracts of employment.

156. Defendants' actions against plaintiff have deprived plaintiff of his right to make and enforce contracts in violation of 42 U.S.C. § 1981.

157. As a direct, foreseeable, and proximate result of said wrongful and unlawful acts of defendants, plaintiff has been suffering from humiliation, shame, despair, embarrassment, memories of more than ten years of tortures and persecutions, emotional distress, and economic losses. Therefore, defendants are liable to plaintiffs for damages resulting from such unlawful and wrongful acts in an amount to be proven and determined at trial.

## CLAIM IV

## Violation of 42 U.S. C. § 1983, Fourth, and Fourteenth Amendment

158. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein.

159. Defendants engaged in intentional discrimination against plaintiff based on his race, color, ethnicity, religion, alienage, ancestry, and/or national origin and caused plaintiff to be deprived of his rights.

160. On May 18, 2010, at HCMC in Minneapolis and again on May 15, 2013 at Newton Public library in Neosho, Missouri, plaintiff's wallet was improperly searched and seized, without his consent and without due process of law.

161. At all times relevant, the officers/agents who committed the aforesaid unlawful acts were agents and/or officers of the defendants, acting within their scope of authority, under the color of the law.

162. Defendants acting under the color of the law, and through their agents and/or officers engaged in a course of action, which deprived plaintiff of the rights, privileges, and immunities secured by the Constitution of the United States and by federal statute in violation of 42 U.S.C. § 1983.

114

163. As a result, defendants caused plaintiff to be deprived of rights to equal protection under the Fourteenth Amendment to the United States Constitution by discriminating against him on the basis of his race, color, religion, national origin and/or ancestry and caused plaintiff to be deprived of his rights to be free from unreasonable searches and seizures guaranteed under the Fourth Amendment to the United States Constitution.

164. Defendants conspired in concert against plaintiff's rights guaranteed under the Equal Protection Clause of the Fourteenth Amendment and the Fourth Amendment to the United States Constitution, and 42 U.S.C. § 1983.

165. Defendants unlawfully seized plaintiff's property in violation of his Fourth Amendment right to be free from unreasonable searches and seizures.

166. As a direct, foreseeable, and proximate result of said wrongful and unlawful acts of defendants', plaintiff has been suffering from humiliation, shame, despair, embarrassment, memories of more than ten years of tortures and tortures, and economic losses. Therefore,

defendants are liable to plaintiff for damages resulting from such wrongful acts in an amount to be proven and determined at trial.

167. As a direct, foreseeable, and proximate result of said wrongful and unlawful acts by defendants, plaintiff lost several jobs and employment opportunities and has endured and will continue to endure economic loss and emotional distress.

## CLAIM V

### Violation of the Fifth Amendment: Deprivation of Free Speech Under the First Amendment

168. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein.

169. Plaintiff enjoys a liberty in his person of not being deprived of his right of free speech and expression, including expressing his political opinion as guaranteed by the First Amendment to the U.S. Constitution.

170. Defendants conspired in concert against plaintiff rights to freely practice his religion as guaranteed by the First Amendment to the U.S. Constitution.

171. Defendants have violated the constitutional and civil right of plaintiff by attempting to impede and suppress his exercise of his First Amendment right to free speech, specially political speech, and harassing, intimidating and even attempting to assassinate him.

172. By the acts of the defendants described above, defendants and each of them individually deprived plaintiff of his constitutional rights.

173. At all times relevant to this Complaint, the defendants and each of them individually acted willfully and intentionally to violate the plaintiff's constitutional and civil rights and/or acted with reckless disregard of whether their conduct violated the plaintiff's constitutional and civil rights.

174. As a direct, foreseeable, and proximate result of said wrongful and unlawful acts by defendants, plaintiff has been suffering from humiliation, shame, despair, embarrassment, memories of more than ten years of tortures and persecutions, emotional distress, and economic losses. Therefore, defendants are liable to plaintiffs for damages resulting from such unlawful and wrongful acts in an amount to be proven and determined at trial.

## CLAIM VI

117

## Violation of 42 U.S. C. § 1983 and 42 U.S. C. § 1985

175. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein.

176. Defendants engaged in intentional actions against plaintiff that constitute knowing and intentional deprivation of plaintiff's right by law enforcement agencies actions (state and federal), including discrimination, with intent to suppress and to punish plaintiff for exercising his First Amendment right to free speech and expression of his political opinion.

177. By the acts of the defendants described above, defendants and each of them individually deprived plaintiff of his constitutional rights to equal protection of the laws and equal privileges guaranteed by his First Amendment to the U.S. Constitution, as reinforced by the Fourteenth Amendment.

178. By the acts of the defendants described above, defendants and each of them individually conspired against plaintiff and plaintiff family constitutional and statutory rights.

179. At all times relevant to this Complaint, the defendants and each of them individually acted willfully and intentionally to violate the plaintiff's constitutional and civil rights and/or acted with reckless disregard of whether their conduct violated the Plaintiff's constitutional and civil rights.

180. In the actions described above, defendants and each of them individually violated the provisions of 42 U.S.C. § 1985 to the injury of the plaintiff.

181. The Defendants conspired with one another to violate the plaintiff's constitutional and civil rights, and in so doing violated the provisions 42 U.S.C. § 1983 and 42 U.S.C. § 1985 to the injury of the Plaintiff.

## CLAIM VII

### Violation of 18 U.S. Code § 1708

182. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein.

183. On March 26, 2014, plaintiff mailed, via U.S. Postal Service, a complaint to the American Civil Liberty Union's office in Saint Louis

Missouri. Plaintiff's mail was taken from the USPS and opened and sent to his both work places at Mercy Joplin Hospital and Freeman Health System.

184. By so doing Defendants violated 18 U.S. Code § 1708, and as a result of the actions of Defendant described above, plaintiff was concerned that Mercy Joplin Hospital and Freeman Health System may fire him, plaintiff constructively resigned from his job.

185. As a direct, foreseeable, and proximate result of said wrongful and unlawful acts of defendants, plaintiff has been suffering from humiliation, shame, despair, embarrassment, memories of more than ten years of tortures , emotional distress, and economic losses. Therefore, defendants are liable to plaintiff for damages resulting from such unlawful and wrongful acts in an amount to be proven and determined at trial.

## CLAIM VIII

### Battery

186. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein.

187. On numerous occasions, for more than ten years, plaintiff was subject to poisoning, radiation, injection of foreign substances into his body , drug and software assaults, and flushing of intense light into his eyes. Through digital confinement defendants deprived plaintiff of sex, normal breathing, , normal speech, normal body movement, normal mood, normal feelings, normal body function, and normal heartbeats.

188. Defendants conspired in concert against plaintiff constitutional and statutory right to subject plaintiff to the above described harmful acts.

189. The above described acts have been willfully done by defendants with the intent to cause harmful and offensive contact on the person of the plaintiff.

190. Therefore, all the elements of battery are present and defendants are liable to plaintiff for damages resulting from such unlawful and wrongful acts in an amount to be proven and determined at trial.

## CLAIM IX

### Invasion of Privacy

### A. Intrusion upon Solitude and Private Affairs

191. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein.

192. Over the last ten years, plaintiff has been subject to invasion of his privacy in an offensive way, where he has been watched and monitored through a 24/7 intense surveillance and intrusion upon his solitude and private affairs, even inside his bedroom and on the bed with his fiancée, in a way which would be considered highly offensive to any reasonable person.

193. Defendants conspired in concert against plaintiff and plaintiff family constitutional and statutory rights and subjected plaintiff and plaintiff and plaintiff family to the above described acts.

194. Therefore, all the elements of intrusion upon plaintiff's solitude and private affairs are present and defendants are liable to plaintiff for damages resulting from such unlawful and wrongful acts in an amount to be proven and determined at trial.

### B. <u>False Light</u>

195. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein.

196. Over the ten years, defendants have publicly disclosed information about plaintiff that has been misleading and in fact put plaintiff in a false light (anti-America, potential terrorist, mentally sick...etc).

197. Defendants have been conspiring in concert against plaintiff, defaming, labeling, controlling, abusing plaintiff to enslave him with his wealth; such acts are highly offensive and unlawful to plaintiff.

198. Defendants conspired in concert against plaintiff constitutional and statutory rights to subject plaintiff to the above described acts.

199. Therefore, all the elements of putting plaintiff in false light are present and defendants are liable to plaintiff for damages resulting from such unlawful and wrongful acts in an amount to be proven and determined at trial.

## CLAIM X

## Defamation

200. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein.

201. For more than a decade , plaintiff has been subject to defamation by defendants by publishing and communicating to others, including plaintiff's workplaces, coworkers, supervisors, schools, classmates, instructors and school officials, false information about the plaintiff, including describing plaintiff as a terrorist and/or potential terrorist.

202. Defendants published and communicated the above described false information with the intent to harm the plaintiff's reputation and to lower him in the estimation of the community, which in fact harmed the Plaintiff's reputation and lowered him in the estimation of the community.

203. Defendants didn't only defame plaintiff but they also defamed the country and the society that plaintiff loves by torturing, persecuting, degrading, denigrating, dehumanizing, humiliating, invading and abusing the plaintiff under public watches and world watches ; plaintiff believes that this is huge injury to reputations of  this great state,

country and society. Defendants must be accountable for the damages they have caused.

204. Therefore, all the elements of a common law defamation are present and defendants are liable to plaintiff for damages resulting from such unlawful and wrongful acts in an amount to be proven and determined at trial.

## CLAIM XI

## Intentional Infliction of Emotional Distress

205. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein.

206. Defendants' extreme and outrageous conduct of knowingly and intentionally harassing, abusing, intimidating, frightening, oppressing, invading ,attempting to assassinate, mentally and psychologically torturing, stalking, defaming, poisoning, controlling wealth and mind of plaintiff ,  and unlawfully watching and monitoring plaintiff for over ten years, solely on the basis of his race, religion, color of his skin, ethnicity, alienage, ancestry, and/or national origin, in violation of the

Constitution of the United States, the Constitution of the State of

Minnesota and laws of the United States and the State of Minnesota.

207. As a direct, foreseeable, and proximate result of said intentional

and/or reckless acts of defendants, plaintiffs has been suffering from

humiliation, despair, embarrassment, memories of ten years of tortures

and persecutions,  injury to his reputation, emotional distress and

economic losses. Therefore, defendants are liable to plaintiff for

damages resulting from such wrongful intentional acts in an amount to

be determined at  trial.

## CLAIM  XII

### Violation of Eighth Amendment of the US Constitution

### Infliction of Cruel and Unusual Punishment : Severe Tortures and Persecutions

208. Plaintiff incorporates each and every allegation contained in the

foregoing paragraphs inclusive with same force and effect as if fully set

forth herein.

209. The Eighth Amendment to the US Constitution prohibits cruel

and unusual punishments; as the US citizen plaintiff  enjoys the rights

to be free from tortures and persecutions.

210. For more than a decade defendants persecuted, tortured, invaded, degraded, denigrated, dehumanized, humiliated, and abused the plaintiff for no reason other than malice, hatred, the abuse of the processes, researches, businesses, control of wealth and mind,  and partly for standing up for his rights and his family's rights.

211. Defendants also inserted  chips  into plaintiff's body and through inserted chips they deprive plaintiff sex, normal breathing, heartbeats, normal speech, normal body movements, and normal mood.  All these above described actions constitute  cruel, unusual punishments, or tortures ; defendants are liable for their wanton and reckless actions without regard to plaintiff's Constitutional rights to be free from tortures, cruel, and unusual punishments.

212. As a direct, foreseeable, and proximate result of said intentional and/or reckless acts of defendants, plaintiffs has been suffering humiliation, despair, embarrassment, memories of ten years of tortures and persecutions,  injury to his reputation, control of mind and wealth, emotional distress and economic losses. Therefore, defendants are liable to Plaintiff for damages resulting from such wrongful intentional acts in an amount to be determined at  trial.

## CLAIM XIII

## False Imprisonment

## Violation of Fifth Amendment to the US Constitution

213. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein.

214. As a citizen of the US plaintiff enjoys due process of law, the Fifth Amendment to the US Constitution requires due process of law and prohibits any denial of life, liberty, and property to citizens without due process of law. Defendants have been hiding, controlling, robbing plaintiff wealth and mind without due process of law.

215. Defendants also inserted microchips into plaintiff's body and through inserted microchips they deprive plaintiff sex, normal breathing, heartbeats, normal speech, normal body movements, normal feelings, normal body function, and normal mood ; these constitutes physical confinement without legal authority and due process of law.

216. For more than a decade defendants persecuted, tortured, invaded, degraded, denigrated, dehumanized, humiliated, and abused the

128

plaintiff for no reason other than malice, hatred, the abuse of the processes, researches, businesses, movie productions, control of mind and wealth,  and partly for standing up for his rights and his family's rights. Defendants acted willfully and intending to confine and harm plaintiff without valid legal authority.

217. As a direct, foreseeable, and proximate result of said intentional and/or reckless acts of defendants, plaintiffs has been suffering from humiliation,  despair, embarrassment, memories of more than ten years of tortures and persecutions,  injury to his reputation, emotional distress, control of wealth and mind,  and economic losses. Therefore, defendants are liable to plaintiff for damages resulting from such wrongful intentional acts in an amount to be determined at  trial.


## CLAIM IVX

### Freedom of Information Act Violation of 5 U.S.C. § 552

218. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein

129

219. While defendants have been sharing all kinds of plaintiff and plaintiff's protected records with coworkers, proctors, instructors, and general public for years; defendants refused to release plaintiff records when plaintiff formally requested. Plaintiff enjoys the right to access those records under Freedom of Information Act ; defendants refused to release the record for no reason other than discriminations based on plaintiff race, religion, and country of origin.

220. Defendants have records of more than a decade on plaintiff through the most notorious, intrusive, abusive, and oppressive surveillance; alternatively, defendants refused the release of records to avoid responsibilities, accountability, and transparency. If defendants released plaintiff records during the past court proceedings plaintiff would have been relieved from continuous tortures, persecutions, invasion, degradation, denigration, humiliation, dehumanization and abuses . Defendants purposely denied plaintiff records to delay and deny justice to plaintiff and plaintiff family; defendants are liable for suppressing plaintiff rights to access his records and pursue his justice.

221. FOIA provides that if defendants fail to release requested records plaintiff can bring suit and seek a court injunction to disclose the

documents. Plaintiff formally requested records on plaintiff from Saint Paul Police Department, BCA, FBI, and Department of Homeland Security ; defendants denied presence of any records on plaintiff while plaintiff knew that they have records on plaintiff. Defendants conspired in concert to deny plaintiff access to records to delay and deny justice to plaintiff and plaintiff family on the basis of his race, faith, country of origin,

222. Plaintiff continuously tortured, persecuted, invaded, degraded, denigrated, dehumanized, humiliated, and abused due to defendants calculated inactions; Therefore, defendants are liable to plaintiff for damages resulting from such wrongful intentional acts in an amount to be determined at trial.

## XV Hate Crimes

### The Violent Crime Control and Law Enforcement Act, enacted in 28 U.S.C. § 994 note Sec. 280003

223. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein:

224. The Violent **Crime** Control and **Law** Enforcement Act, enacted in 28 U.S.C. § 994 note Sec. 280003, requires the United States Sentencing Commission to increase the penalties for hate crimes committed on the basis of the actual or perceived race, color, religion, national origin, ethnicity, or gender of any person.

225. defendants actions such as infecting plaintiff with fungus, assaulting him with drugs and software , and assigning him disease to lower his visibility in order to deter others (specially per assumptions white girls and white woman would like or date plaintiff ) from socializing with him just because plaintiff is black, has black skin, Muslim, has Muslim name , and originally an immigrant from poor country (Ethiopia) constitute hate crimes under color of law.

226. Defendants have been Controlling, hiding, robbing plaintiff wealth and mind to deter plaintiff from enjoying his life until he gets to old age because of plaintiff race, faith, ancestry, and country of origin is a hate crime hate crime under color of law. Defendants conspired in concert against plaintiff constitutional and statutory rights to subject plaintiff to institutional hate crimes.

227. Defendants have been isolating, abusing, defaming, infecting, drugging , and assaulting plaintiff to deter plaintiff from accessing justice and wealth and pursuing happiness because of his race, faith, ancestry, and country of origin ; these constitute hate  crimes  under color of law.

228. As a result of defendants' hate crimes plaintiff lost more than ten years of  life enjoyments, and quality of life ; their reckless actions resulted in isolations of the plaintiff. As a direct, foreseeable, and proximate result of said intentional and/or reckless acts of defendants, plaintiffs has been suffering from  humiliation,  despair, embarrassment, memories of more than ten years of tortures and persecutions,  injury to his reputation, emotional distress, control of wealth and mind,  and economic losses. Therefore, defendants are liable to plaintiff for damages resulting from such wrongful intentional acts in an amount to be determined at  trial.

## CLAIM XVI

### Violations of Thirteen Amendment to The U.S. Constitution

229. Plaintiff incorporates each and every allegation contained in the foregoing paragraphs inclusive with same force and effect as if fully set forth herein:

230. Plaintiff is free from slavery and giving involuntary service as guaranteed by the Thirteen Amendment to the Constitution of the U.S.

231. Defendants have been conspiring in concert against plaintiff constitutional and statutory rights and subjected plaintiff to the most notorious, abusive, oppressive, intrusive, and unlawful surveillance and used him a tool of spy on the masses specially Muslim Americans ; plaintiff neither consented to abuses nor to involuntary service.

232. Defendants have been conspiring in concert against plaintiff and plaintiff constitutional and statutory rights by hiding, controlling, and robbing plaintiff wealth and mind just because plaintiff is black, has black skin, is Muslim, has a Muslim name, an immigrant, and in part he stood for his and his family rights.

233. Defendants have been conspiring against plaintiff constitutional and statutory rights ; whipped him in his head with drugs and

software and enslaved him with his wealth and forced him to give involuntary services.

234. Defendants further conspired against plaintiff constitutional and statutory rights and forced plaintiff to give involuntary services and denied him access to wealth people paid for those services by withholding plaintiff top clearance and controlling plaintiff from inside with the software to control his mind , him, and his wealth forever.

235. Defendants have been using plaintiff wealth, health, arts, selling plaintiff live, academic works, character, stories, resilience, perseverance, and others without plaintiff permissions or payment to plaintiff by whipping plaintiff in the head with drugs and software.

236. The above described acts constitute slavery and conspiring against the rule of law and rights ; plaintiff believes such acts are highly offensive, unlawful, and unconstitutional.

237. As a result of defendants' hate crimes plaintiff and plaintiff family years of life enjoyments, pursuit of happiness, quality of life, economic gain, academic and professional promotions ; their reckless actions resulted in isolations, enslavement, control of wealth and mind of the plaintiff. As a direct, foreseeable, and proximate result of said

intentional and/or reckless acts of defendants, plaintiffs has been suffering from humiliation, despair, embarrassment, memories of more than ten years of tortures and persecutions, injury to his reputation, emotional distress, control of wealth and mind, and economic losses. Therefore, defendants are liable to plaintiff for damages resulting from such wrongful intentional acts in an amount to be determined at trial.

## PRAYER FOR RELIEF

**WHEREFORE,** plaintiff respectfully requests that this Court enter judgment in his favor and against defendants as follows:

1. Declaring the actions of defendants described above violate the Constitution of the United States, the Constitution of the State of Minnesota and the laws of the United States and the laws of the State of Minnesota.

2. Declaring the actions of defendants described above constitute discrimination on the basis of race, religion, color, ethnicity and/or national origin in violation of 42 U.S.C. § 1981 and the Minnesota Human Rights Act and State of Minnesota tort law;

3. Permanently enjoining defendants, and their directors, officers, employees, agents, and representatives to take all affirmative steps necessary to remedy the effects of unlawful discriminatory conducts described above;

4. Awarding plaintiff compensatory damages in an amount to be determined at trial for this loss and injury, including, but not limited to damages for fear, financial abuses, embarrassment, emotional distress, memories of more than ten years of tortures and persecutions, inconvenience, financial loss, and deprivation of his right to enter and enforce contracts regardless of his race, religion, ethnicity, ancestry, and/or national origin.

5. Declaring that confining peaceful and law- abiding citizens in the most notorious, abusive, intrusive, and oppressive surveillance constitutes false imprisonment; without probable cause , warrant, and due process of law  it's violations  of  the Constitution of State of Minnesota , the Constitution of the US, the laws of  State Minnesota and the  laws of the US.

6. Declaring that depriving plaintiff sex, normal heartbeats, normal breathing, normal body movements , normal feelings, normal body

function, and normal moods through drugs and software assaults constitute cruel , unusual punishments or torture ; such malice actions violate the Constitution of the US, the Constitution of State of Minnesota, the laws of the US and the laws of State of Minnesota.

7. Hiding, robbing, using , and controlling plaintiff wealth and mind without permission of plaintiff violates the constitution and laws of the US and the constitution and laws of State of Minnesota.

8. Declaring that defendants and their surrogate community members intentionally caused plaintiff's children to starve, struggle, and suffer. Defendants and their surrogates also deprived plaintiff's children nurture, pride, and joy of life. All above described actions constitute childe abuses ; Child Abuses violates the Constitution of the United States, the Constitution of State of Minnesota, the laws of the US, and the laws of state of Minnesota.

9. Awarding plaintiff's children punitive , injunctive, compensatory, exemplary, and declaratory relieves to deter defendants and their surrogate community members from engaging similar actions in the future.

10. Declaring that defendants and their surrogate community members deliberately forced plaintiff's fiancée into prostitution with intent of controlling plaintiff wealth under color of law and that constitutes sex slavery (sex Trafficking) ; forcing sex slavery upon someone under color of law violates the US Constitutions, the Constitution of state of Minnesota, the laws of the US, and the laws of state of Minnesota.

11. Awarding plaintiff 's family legitimate family counseling expenses to restore normal family life in the amount to be determined at trial.

12. Ordering defendants to return all plaintiff and plaintiff family wealth and authorizing plaintiff to collect all money from his movie, his money investments, and contributions for services as soon as possible.

13. Relieving the plaintiff and plaintiff's family from the most notorious, intrusive, oppressive, and abusive false imprisonment.

14. Awarding plaintiff and plaintiff's family alternative or private security cost as soon as possible as plaintiff seriously concerned about safety and security of himself and his family due to extreme

139

exposures with all kinds of private information to all kinds of people both locally, nationally, and internationally.

15. Declaring that attempting to buy plaintiff with his own money from his community to use plaintiff like object and slave for businesses, researches, and mind control constitute slavery ; slavery violates the Constitution of the US, the Constitution of the State of Minnesota, the US laws, and the laws of State of Minnesota.

16. Declaring that suppressing plaintiff religious, property, and privacy rights violates the Constitution of the US, the Constitution of the State of Minnesota, the US laws, and the laws of State of Minnesota.

17. Declaring that defendants' use of physical and verbal harassments, intimidations, drug assaults, software assaults , fungus infections, and other malicious methods ( such as conspiring against plaintiff property, liberty, life enjoyments, and wellness) to deter plaintiff from pursuing justice constitute state terrorism. State terrorism violates the Constitution of the US, the Constitution of the state of Minnesota, the laws of the US, and the laws of the State of Minnesota.

18. Ordering defendants to remove microchips from plaintiff body in the presence of independent experts and plaintiff's significant family members and also with hard prove of removal to plaintiff . Relieving plaintiff from inside tortures, emotional, and financial distress as soon as possible.

19. Ordering defendants to testify under oath that defendants have not inserted microchips into plaintiff's fiancée body ; plaintiff strongly believes defendants have been seducing her to sex predators from inside and causing disagreement from inside.

20. Declaring that plaintiff and plaintiff's family can bring suit against defendants or any other parties if any of information from these false imprisonment used against plaintiff and plaintiff's  family at any time in any ways.

21. Declaring that tracking , selling live, and watching plaintiff and plaintiff family violates the Constitution of the U.S. , the Constitution of state of Minnesota, the laws of U.S., and the laws of state of Minnesota.

22. Declaring that defendants actions such as infecting plaintiff with fungus, drugs and software assaults,  and assigning him disease to

lower his visibility to deter others  from socializing with him just because plaintiff is black, has black skin, Muslim, has Muslim name , and originally an immigrant from poor country constitute hate crimes ; hate crimes under color of law violates the Constitution of the US, the laws of the US, the laws of state of Minnesota, and the Constitution of the state of Minnesota.

23. Declaring that defendants' hiding, using, and controlling plaintiff wealth and mind to deter plaintiff from living healthy life, enjoyments, pursuits of happiness, and using  wealth and reasoning power  for the best  benefits  of  plaintiff and plaintiff family are hate crimes under color of law.

24. Ordering that defendants cannot use plaintiff complaint and the technology plaintiff figured out for movie production; authorizing plaintiff to collect wealth produced out of plaintiff  stories and academic work (strived to figuring out technology used against him for years and years but scared to do academic researches about it). Plaintiff has plans in place to do more research and publish the technology plaintiff and plaintiff family have been victim of for more than a decade.

25. Awarding plaintiff punitive, injunctive, declaratory , and exemplary damages in an amount to be determined at trial to punish defendants for their willful, wanton, and reckless conduct and to deter them from engaging in similar conduct in the future;

26. Awarding Plaintiff compensatory and punitive damages against defendants under common law tort claims of battery, invasion of privacy, defamation and intentional infliction of emotional distress, as provided under Minn. Stat. §549.20;

27. Taking immediate, reversing, and deterring actions against defendants for endangering, eroding, betraying, and assaulting our democracy and rule of law in ways it leads to Nazification of our beautiful and great country and society.

28. Taking immediate, reversing, and deterring actions against defendants for declaring slavery on plaintiff and plaintiff family by conspiring against the Constitution of the U.S., the Constitution of the State of Minnesota, the laws of the U.S., and the law of Minnesota.

29. Awarding Plaintiff his expenses, costs, fees, time, and other disbursements associated with filing and maintaining this lawsuit,

including reasonable attorneys' fees pursuant to 42 U.S.C.§1988 and

Minn. Stat. §363A.33 subd. 7;

30. Declaring that withholding plaintiff top clearance to deny

plaintiff rights good life, pursuits of happiness, control and use his

property and mind is hate crime under color of law , conspiring

against rights, and abuses of office.

31. Ordering defendants to issue plaintiff top clearance as soon as

possible and get out of plaintiff and plaintiff family.

32. Awarding Plaintiff prejudgment interest; and

33. Awarding Plaintiff such other and further relief as the Court

deems just and equitable.

Respectfully submitted,

Date: July 19 , 2019

Gamada Hussein
P.O.BOX 4128
Saint Paul MN 55104
(651)808-4809
Prose