UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gamada Ahmed Hussein,                                    Court File No.  19-cv-1913 (DSD/TNL)

             Plaintiff,

vs.                                                                      **[PROPOSED] ORDER GRANTING
STATE OF MINNESOTA'S
MOTION TO DISMISS**

Minnesota and John Does,

             Defendants.

The above-entitled matter came before the undersigned United States District Court Judge on October 3, 2019 on Defendant State of Minnesota's motion to dismiss. [Doc. No. 6]

Based upon all of the files, records and proceedings herein, IT IS HEREBY ORDERED that Defendant State of Minnesota's motion to dismiss is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____, 2019        _____
                                        The Honorable David S. Doty
                                        United States District Court Judge